

NAVAL ACADEMY ATHLETIC ASSOCIATION

United States Naval Academy
Naval Academy Athletic Association
566 Brownson Road, Annapolis, MD 21402

January 5, 2026

NCAA Membership Services
Attn: Academic and Membership Affairs

Re: Institutional Letter of Responsibility and Request for Acceptance of Out-of-Time Reconsideration
Student Athlete: Brock Murtha
Sport: Baseball
RSRO Case No: 1240712

To NCAA Membership Services:

The United States Naval Academy and the Naval Academy Athletic Association write to accept full institutional responsibility for not properly notifying Midshipman Brock Murtha of the NCAA's 30-day appeal window that resulted in the subsequent lapse of the appeal deadline. We respectfully request that Membership Services accept a reconsideration filing out of time and evaluate the waiver on its merits to avoid prejudicing the student-athlete for institutional mistakes.

Based on our internal review and the student-athletes' documentation, the following chronology is pertinent:

1. The Academy submitted a Season(s)-of-Competition waiver on Mr. Murtha's behalf in March 2025.
2. On March 20, 2025, the NCAA denied the waiver. On March 31, 2025 our compliance officer notified Mr. Murtha of the denial but failed to communicate the applicable 30-day appeal window and did not provide the underlying decision documents.
3. Mr. Murtha received the decision documents on May 20, 2025. By that time, the 30-day appeal period had lapsed, and no institutional appeal had been filed.
4. After Mr. Murtha raised concerns about factual inaccuracies, a meeting occurred on August 20, 2025, with compliance and athletics leadership. The institution subsequently transmitted corrected participation information to the NCAA; however, this was not submitted as a timely appeal or properly docketed reconsideration. On September 16, 2025, NCAA staff reflected corrected facts in relation to the initial decision.

We acknowledge that the foregoing sequence reflects institutional errors of both substance and procedure that materially affected the adjudication and timing of Mr. Murtha's waiver.

The Academy accepts responsibility for the following error:

> Failure to advise the student-athlete promptly and in writing of the 30-day appeal deadline and the process to preserve his rights following the March 28, 2025 decision. These institutional failures, not any act or omission by the student-athlete, caused both the initial denial and the missed appeal deadline. Mr. Murtha diligently cooperated with the institution, provided accurate information regarding his participation history and relied on institutional guidance. He bears no responsibility for the failure to preserve appellate timelines. Denying access to reconsideration on timeliness grounds under these circumstances would unfairly prejudice the student-athlete for errors that are solely institutional.

In light of the foregoing, the United States Naval Academy respectfully requests that NCAA Membership Services:

1. Accept an out of time reconsideration of Mr. Murtha's Season(s)-of-Competition waiver due to documented institutional error and waive or toll applicable timeliness requirements to prevent prejudice to the student-athlete.
2. Consider the corrected participation records and any supplemental materials in evaluating the waiver on its merits through the appropriate membership services/governance track.
3. Provide procedural guidance as needed to ensure the reconsideration is properly docketed and reviewed under the correct case type.

The Faculty Athletics Representative and Director of Athletics endorse this request and the acceptance of institutional responsibility set forth herein.

We appreciate your consideration and stand ready to assist the staff's review in any way appropriate. Please direct questions to the undersigned.

Respectfully submitted,

*Michael Kelly*

Michael Kelly
Director of Athletics
United States Naval Academy


Dr. Christine Copper
Faulty Athletics Representative
United States Naval Academy