

February 10, 2026

<u>VIA EMAIL</u>

Ms. Loretta Lamar
Senior Associate Athletics Director/SWA
U.S. Naval Academy
566 Brownson Road
Annapolis, Maryland  21402

Dear Ms. Lamar:

This letter is in reference to your institution's request on behalf of baseball student-athlete Brock Murtha to appeal a case decision outside the 30-calendar day appeal window. Mr. Murtha's season-of-competition waiver -- competition while eligible was first denied by the NCAA student-athlete reinstatement staff, March 28, 2025, and denied again on reconsideration, September 16, 2025.  According to the NCAA Division I Academics and Eligibility Committee policies and procedures, exceptions to the 30-calendar day policy may be granted by the Division I Athletics Eligibility Subcommittee chair when an institution is able to demonstrate, in writing, that exceptional circumstances caused the institution's appeal to be submitted beyond the 30-day appeal period.

After review of your institution's most recent request for an exception to the policy, the chair of the Division I Athletics Eligibility Subcommittee has determined the request to submit an appeal outside of the 30-calendar day appeal period should be denied.  The subcommittee chair's decision is final, binding and shall not be subject to review by any other authority.

Sincerely,

*Cynthia Alanis*

Cynthia Alanis
Assistant Director of Division I for
   Governance and Member Services

CA:na

cc:  Jennifer Henderson
     Michael Kelly
     Jerry Vaughn

*National Collegiate Athletic Association*  | ncaa.org |  317-917-6222

*The NCAA is an equal opportunity employer that values inclusive excellence in the workplace.*

Mailing address:
P.O. Box 6222
Indianapolis, IN 46206-6222

Shipping/overnight deliveries:
1802 Alonzo Watford Sr. Drive
Indianapolis, IN 46202