EXHIBIT "6"

## Declaration of Irreparable Harm: Professional, Academic, and Leadership Impact

To Whom It May Concern,

The Naval Academy is not a traditional university; it is a 24-hour leadership laboratory with demands that leave zero margin for error. My day begins before sunrise with military formations and obligations, followed by a dense engineering course load, and concludes with rigorous team practices and lifts. Success in this environment requires total disciplined focus. However, for the past six months, the NCAA's arbitrary procedural barriers have forced me to become my own paralegal.

The 'self-research' required to fight a system that the Academy admits failed me has consumed my life. While my peers are sleeping or studying, I am awake until the early morning hours researching NCAA litigation. I have missed portions of my academic day to speak with counsel. This constant state of legal survival led to my lowest semester GPA in four years this past fall. The sleep deprivation and mental exhaustion are not merely 'stress'—they are a direct result of the NCAA's refusal to provide a fair process, and they are actively degrading my readiness for the fleet.

Most critically, this injunction is necessary to preserve my professional development as a future Marine Corps Officer. In May, I will commission and immediately become responsible for the lives of 30 to 50 Junior Enlisted Marines as their Platoon Commander. My 'senior season' is my final opportunity to practice the small-unit leadership that mimics a Marine Platoon. Under the guidance of our Officer Representative, Major Ball (USMC), we utilize a leadership framework built on the three pillars of **Trust**:

1. **Competence:** By being sidelined, I am denied the ability to demonstrate and refine the tactical competence required to lead by example. A leader's authority on the field—and eventually in the field—is rooted in the mastery of their craft.
2. **Purpose:** While I remain committed to the team's mission, my purpose is being structurally undermined by a clerical error I was never allowed to appeal.
3. **Compassion:** In the Marine Corps, we 'suffer together.' By being barred from the field, I am prevented from 'emptying the tank' alongside my teammates. I cannot build the authentic bonds that come from shared physical hardship during a game or a high-pressure practice.

The harm I am facing is not the loss of 'fun' or 'games.' It is the loss of critical leadership reps that are essential to my ability to lead Marines in high-consequence environments. Once I commission in May, these opportunities are gone forever. No monetary award can replace the professional competence and compassion I am losing every single day I am held off that field.

Very Respectfully,
B.C. Murtha

MIDN  USN