# BRADLEY DAVID RIDPATH, Ed.D.

**107 Main Street**                                                              **College of Business**
**The Plains, OH 45780**                                                  **Ohio University**
**(740) 677-2642**                                                            **Athens, OH 45780**
**ridpath@ohio.edu**                                                        **(740) 593-9496**

---

**EDUCATION**        **Ed.D. Doctor of Education, Higher Education Administration. West Virginia University, Morgantown, West Virginia, 2002. Dissertation Title: "NCAA Division I Student Athlete Characteristics as Indicators of Academic Achievement and Graduation." Major-Educational Leadership; Minor-Sport Management.**

**MSA, Masters of Sports Administration and Facility Management, Ohio University, Athens, Ohio, 1995.**

**BA, Bachelor of Arts, Speech Communication, Colorado State University, Fort Collins, Colorado – 1990.**

---

**SUMMARY**        **More than thirty years of research, management, operational, fund raising, strategy, marketing, and teaching experience in small and large diversified organizations. Possess ability to work with many relevant computer programs. Proficient in all types of writing to include scholarly, informational and technical.  Possess relevant higher education experience in teaching, research, student and judicial affairs, intercollegiate athletics, capital improvements, budget management, compliance, media relations, and fund raising. Understand the full breadth and depth of higher education issues and governance.**

**EXPERIENCE**

**Aug. 2022-Present**        **PROFESSOR, DEPARTMENT OF SPORT MANAGEMENT, COLLEGE OF BUSINESS. OHIO UNIVERSITY** *(Tenured)*

**Aug. 2012-Aug. 2022**        **ASSOCIATE PROFESSOR, DEPARTMENT OF SPORT MANAGEMENT, COLLEGE OF BUSINESS. OHIO UNIVERSITY** *(Tenured)*

**Aug. 2006-Aug. 2012**        **ASSISTANT PROFESSOR, DEPARTMENT OF SPORT MANAGEMENT, COLLEGE OF BUSINESS** *(Tenure Track)*

**Ohio University, Athens, OH, Responsibilities include teaching relevant undergraduate Sport Management and Sport Administration graduate courses. Perform duties based on departmental, college and university needs such as serving on internal and external committees, performing service functions to university and academic discipline, maintaining active research lines in intercollegiate athletic reform, academic standards and international sport development systems. In addition, actively seek internal and extramural funding for research and perform requested advising functions for department, college and University College as a first-year advisor.** *Served as the Kahandas Nandola Associate Professor of Sports Business (2012-18).* **Also, currently serve as adjunct faculty at the Universitat Bayreuth (Germany) in Sport Economics, Business and Law.**

**BRADLEY DAVID RIDPATH**                                                                                                    **PAGE TWO**

**2006-PRESENT, OHIO UNIVERSITY ASSISTANT/ ASSOCIATE/ FULL PROFESSOR** *(Continued)***:**

**Highlights:**

- **Adjunct Professor of Sport Management, Coastal Carolina University, 2025-26**

- **Fulbright Senior Researcher/Lecturer Award Recipient, University of Bayreuth, Germany, 2014-15.**

- **Procured almost 200K in Internal and External Grants and Sponsored Research Funding**

- **Over 40 Publications and Book Reviews over career accepted in peer reviewed and/or edited journals, 2 externally reviewed books, 2 edited monographs, 13 book chapters, and one edited textbook and one scholarly book in press.**

- **Presented over 80 peer-reviewed abstracts and invited presentations in basic research, applied research and teaching at several international, national, and state academic conferences.**

- **Served as Co-Editor of the Journal of Issues in Intercollegiate Athletics (JIIA), 2011-2014. Serve as Co-Editor of Journal of NCAA Compliance 2019-Present.**

- **Serve as Site Director for Germany Global Consulting Project with Adidas World Headquarters, 2012-2024. Also Program Director of the University of Bayreuth/Ohio University Sport Management Double Degree 2016-2024.**

- **Consistently featured in international media regarding my research and expertise. Leading Ohio University media resource for seven consecutive years. This includes winning the Keystroke Catalyst Award winner in 2016 with 1300 media placements. Also won award in 2020, 2022-2024.**

- **Serve as a Faculty Affiliate with The Ohio State University Sport and Society Initiative, 2016-Present.**

- **Served as Interim Associate Athletic Director of Compliance in the Ohio University Athletic Department in the Spring of 2007.**

**Aug. 04-Aug. 06**    **ASSISTANT PROFESSOR, SPORT ADMINISTRATION, (Tenure Track).** **Mississippi State University, Mississippi State, MS. Responsibilities included teaching undergraduate Sport Communication and Sport Administration graduate courses. Performed duties based on departmental needs such as maintaining an active research line in intercollegiate athletic reform and academic standards, secured internal and external funding for research, performed requested advising functions, and service on departmental, college and university committees. Participated in the recruiting activities of the department, college, and university.**

**BRADLEY DAVID RIDPATH**                                                  **PAGE THREE**

**ASSISTANT PROFESSOR, SPORTS ADMINISTRATION, MISSISSIPPI STATE UNIVERSITY** *(Continued)***:**

> **Highlights:**
>
> - **Secured $15,000 in Internal Research Grant Funding.**
>
> - **Served as the program coordinator of the graduate Sport Administration Program.**
>
> - **Spearheaded alumni development to include fund raising, creation of job and internship placement program for students and graduates.**

**Nov. 01-July 04**     **DIRECTOR OF JUDICIAL PROGRAMS. Marshall University, Huntington, WV. Planned, coordinated, and directed institution-wide implementation and enforcement of the Marshall University Student Code of Conduct, the Residence Hall Judicial Process, and the student judicial system.**

> **Highlights:**
>
> - **Supervised investigations of alleged violations of the Student Code of Conducted and decided on appropriate charges and corrective actions.**
>
> - **Organized and monitored all judicial hearings and appeals.**
>
> - **Recruited selected, and trained all faculty judicial board members, student judiciary, and student advocates.**
>
> - **Designed all judicial affairs procedures, brochures, and handbooks and coordinated campus-wide education of the judicial process and the student code.**
>
> - **Served as an Adjunct Faculty Member in the Department of Exercise and Sport Science.**

**Nov. 97-Nov. 01**     **ASSISTANT ATHLETIC DIRECTOR, COMPLIANCE AND STUDENT SERVICES. Marshall University, Huntington, WV. Coordinated, directed, and educated coaches, more than 400 college athletes, and representatives of athletics interests of 16 varsity sports in all areas of the university compliance program. Acted as primary liaison with the university academic and public community regarding all compliance issues and interpretations of Mid-American Conference and NCAA rules. Possessed a thorough working knowledge of the NCAA Manual, the NCAA Compliance Assistant Software Program, the NCAA Legislative Services and Infractions Databases, and the NCAA Clearinghouse Website. Also supervised the sports medicine staff, the equipment and managerial staff, strength and conditioning staff, and Life Skills Program. Performed various event management and fund-raising functions as directed.**

BRADLEY DAVID RIDPATH _____ **PAGE FOUR**

**ASSISTANT ATHLETIC DIRECTOR, COMPLIANCE AND STUDENT SERVICES, MARSHALL UNIVERSITY** *(Continued)***:**

- **Restructured university compliance oversight. Formed four committees that met on a regular basis to discuss compliance issues and help entire process run effectively. The four committees were a university wide Compliance Committee, a Professional Sports Council, and two subcommittees in eligibility and financial aid administration.**

- **Computerized the entire athletic eligibility process and interfaced it with the NCAA Compliance Assistant Software to assist in the process being more effective and accurate.**

- **Developed an internal interpretations database and filing system.**

- **Served as a field tester for the new Windows-based NCAA Compliance Software Program.**

- **Served on Student-Athlete Advisory Committee and assisted with the CHAMPS/Life Skills Program.**

- **Adjunct Faculty Member, Health and Physical Education Department, Sports Management Major. Instructed in Athletic Fund Raising, Intercollegiate Athletic Administration, and NCAA Compliance.**

**Sept. 95-Nov. 97**      **DIRECTOR OF ATHLETIC COMPLIANCE/EVENT AND FACILITIES MANAGER. Weber State University, Ogden, Utah. Coordinated a revamped institutional compliance program. Directed, strategized, and ensured compliance with all NCAA and Big Sky Conference rules and regulations for 15 intercollegiate sports, consisting of more than 250 student-athletes and staff. Directed all operations for over 100 athletic and non-athletic events per year utilizing different athletic and other university facilities.**

**Highlights:**

- **Developed a comprehensive rules education program for all staff.**

- **Created and started new computerized methods and forms for internal tracking in recruiting, initial and continuing eligibility, financial aid, and academic advisement.**

- **Chaired a project team of university staff involved in the compliance process. The team's purpose was to coordinate university-wide understanding and compliance with NCAA rules and regulations. As a workgroup, it developed better, streamlined methods to accomplish compliance related tasks throughout the university.**

- **Coordinator of a university management team that coordinated, promoted, and managed over 50 intercollegiate, local athletic, and non athletic events per year.**

**DIRECTOR OF ATHLETIC COMPLIANCE/EVENT AND FACILITIES MANAGER** *(Continued)*:

- Served as Facility/Operations Manager for Stewart Stadium (25,000).

- Chair of facility management committee that managed day-to-day operations of all athletic facility operations at the university. Planne and directed numerous capital improvement projects, to include assisting in funding, for athletics capital improvements to include a new track and field complex, enhanced football stadium seating, new enhanced concession and restroom facilities, new and enhanced scoreboard operations in the basketball arena, and planned press box renovations in the football stadium.

- Member of NCAA Division I Men's Basketball Western Regional Administrative and Media Relations Staff, Salt City, Utah, 1996.

- Supervised Cheerleading and Dance squads.

- Served on Student-Athlete Advisory Committee and managed several CHAMPS/Life Skills events.

June 95-Jan. 96    **ASSISTANT DIRECTOR OF MARKETING AND FUND RAISING.  Weber State University, Ogden, Utah.** Assistant director of comprehensive athletics marketing and promotions program. Involved in all facets of department marketing and fundraising plans including annual, planned, and corporate giving. Solicited corporate sponsorships and individual donations through various mediums. Experienced in Paciolan Ticketing/Fund Raising Software. Coordinated radio, television, and publication advertising. Planned promotions management of season-long themes, game day sponsorships, and contests. Supervised cheerleading and dance squads. Assisted Associate Athletic Director in all department compliance, selected business office, and financial management operations.

**Highlights**

- Initiated innovative promotions that helped set single-season women's volleyball attendance record, including a single-game record of 1400.

- Co-developed a comprehensive trade package with advertising mediums that saved more than $20,000 in direct advertising costs.

- Part of marketing staff that doubled sponsorship revenue over previous best year through an aggressive marketing and promotions plan. Plan included revenue increases of more than 50% for the Weber State Sports Network, corporate seating areas, and other group ticket packages.

- Created new advertising campaigns and themes in all mediums designed to increase exposure and develop an identity in a saturated professional and amateur sports environment.

- Member of the Weber State University Development Council, a university wide committee structured to formulate the university master plan and to prospect and generate corporate and donor funding to support that plan.

BRADLEY DAVID RIDPATH                                                                 PAGE SIX

ASSISTANT DIRECTOR OF MARKETING AND FUND RAISING *(Continued)*:

- Served as Community Relations Director. Coordinated many activities with local organizations and groups to raise local awareness of our sports teams and gave us the ability to volunteer our resources in the Ogden Area.

- Co-Director of the 1996 Mid-American Conference Wrestling Tournament.

**May 94-June 95**      ASSISTANT WRESTLING COACH.  Ohio University, Athens, Ohio. Full-time coach for a nationally ranked team. Chaired annual fund-raising drive for wrestling scholarships. Managed many recruiting, eligibility, financial aid and budget management functions for team relating to NCAA compliance.  Produced and directed weekly wrestling show on local public television.  Assisted athletic department marketing staff in promoting team and wrestling events. Participated in practice coordination, strength and conditioning development, scheduling, and other coaching duties. Assisted in computerizing recruiting, eligibility, and compliance records. Chaired annual fund drive in 1994-95 that raised more than $50,000 for wrestling scholarships.

**Sept. 93-May 94**      UNIT MANAGER.  Pepsico Corporation, Florida Island Foods, Augusta, Georgia. Managed a high-volume restaurant in a community of more than 100,000 people. Supervised a crew of 15 people on a daily basis designed to provide customer service and satisfaction in a 24-hour operation. Managed a 1.5-million-dollar budget and developed a marketing plan designed to increase service, customer traffic, and profit margin.

**May 90-Sept. 93**      EXECUTIVE OFFICER. United States Army. Schweinfurt, Germany. Managed a fleet of 80 tactical vehicles in a military organization. Developed a written maintenance plan to ensure the improved efficiency and quality of all vehicles and associated equipment. Planned, strategized, and organized the military training for a 4000-member organization to include the allocation of logistics, resources, and a 4.5 million dollar budget.

**Aug. 89 - May 90**      TELEVISION SPORTS REPORTER.  Columbine Cablevision, Fort Collins, Colorado. Assistant sports reporter for a small market television news show. Composed and edited all written and video copy for sportscast. Produced several on-air stories and was back-up sports anchor.

**May 88 - May 90**      UNIT COMMANDER.  Colorado Army National Guard, Denver, Colorado. Directed a 65-person military organization, including all associated equipment. Restructured the maintenance and supply systems in a unit rated the worst in Colorado. Within two years, the detachment won the Best Overall Maintained Unit in the State Award.  Designed and implemented written company policies and procedures that are still in use today. Managed a six-million-dollar budget. Led two large-scale summer military operations.

BRADLEY DAVID RIDPATH                                                      PAGE SEVEN

Mar. 88 - Mar. 90     **SPORTSWRITER.** Rocky Mountain Collegian, Colorado State University, Fort Collins, Colorado. Assisted in supervising a staff of six in producing a daily sports section for a large university newspaper with a circulation of 30,000. Coordinated and assigned all work to a staff of full-time students. Produced four stories and one editorial per week.

## PROFESSIONAL HIGHLIGHTS

- US Army Enlisted Member, Communications/Radio Operator, Germany, 1982-1986
- Certified International, Collegiate, and High School Wrestling Official, 1983-2004
- Member, TVU Unterderrbach, Germany, Club Wrestling Team, 1984-86
- Member, All-Army European Wrestling Team, VII Corps, 1985-1986
- Athletic Media Relations Volunteer, Augusta State College, Georgia, 1993-94
- Contributing Editor and Writer, Fort Collins Fitness Magazine, 1988-90
- Colorado National Guard/Army ROTC Officer Candidate, May 1986-May 1990
- Supervisor, Marshall University Student Fitness Center, 2002-04
- Forbes SportsMoney Columnist, 2015-2018

## AWARDS AND HONORS

- Nominated for Ohio University Presidential Teaching Award, 2018-19
- Ohio University, College of Business Outstanding Scholar Award, 2017, 2020, 2021
- Named Ohio University's #1 Faculty Newsmaker and Keystroke Catalyst 2016, 2020, 2024 and 2025 with over 1300 National and International Media Placements
- Named the First Ohio University Kahandas Nandola Professor of Sport Management, Terms 2012-2015/2015-2018
- J.W. Fulbright Senior Lecturer/Researcher Award-Germany. 2014-15
- Ohio University, University College Outstanding Faculty Advocate, 2011-12
- Dr. James A. Lavery Scholarship Award Winner, Ohio University, 1995
- ROTC Distinguished Military Graduate, Colorado State University, 1990
- Army ROTC Distinguished Military Student, Colorado State University, 1986-1990
- Region Commanders Leadership Award, Army ROTC, Colorado State University, 1986
- Honor Graduate, Army ROTC Advanced Camp, Fort Lewis, WA, 1986

## COMMITTEES AND PROFESSIONAL AFFILIATIONS

- Ohio University College of Business Faculty Senator, 2016-22
- Member, Steering Committee. Reimagining School Sports in America. Project Play & Aspen Institute (2016-2020)
- Member at Large, Ohio University AAUP, 2016-Present
- Executive Director, The Drake Group, April 2005-April 2008; President-2016-2020
- Faculty Affiliate, The Ohio State University Sport and Society Initiative, 2015-Present
- Sales Competition Team Head Coach, Ralph & Lucy Schey Sales Centre, 2011-2014
- Associate Director of the Ralph & Lucy Schey Sales Centre, 2006-2013
- Faculty Fellow, Center for College Affordability and Productivity (CCAP), 2010-2017
- College Sports Research Institute Faculty Affiliate (CSRI), 2007-2016
- Member, Ohio University Graduate Faculty, 2006-Present
- Sports and Recreation Law Association (SRLA) Finance Committee, 2005-06
- Coalition on Intercollegiate Athletics Academic Requirements Subcommittee 2004-05
- Member, Sports and Recreation Law Association (SRLA), 2004-Present
- Mississippi State University Graduate Faculty, 2004-2006
- Member, North American Society of Sociology and Sport (NASSS), 2004-Present
- Member, North American Society of Sport Management (NASSM), 2004-Present

BRADLEY DAVID RIDPATH                                                                PAGE EIGHT

**COMMITTEES AND PROFESSIONAL AFFILIATIONS** *(Continued):*

### Intercollegiate Athletics

- **Faculty Advisor, Ohio University Boxing Club & Lacrosse Club, 2008-2014**
- **Sub-Committee Chair, Equipment/Athletic Training for NCAA Certification, Ohio University, 2007**
- **Faculty Advisor, Marshall University Women's Rugby Club, 2002-03**
- **Member, National Association of Collegiate Directors of Athletics, 1995-2005**
- **National Wrestling Coaches Association Member, 1994-2002**
- **Advisory Board, College Football Players Association, 2021-Present**

### Higher Education Administration

- **Member American Association of University Professors (AAUP). 2016-Present**
- **Faculty Advisor, Phi Kappa Theta Fraternity, Ohio Psi Chapter. 2012-2014**
- **Celebrity Guest Judge-Sponsorship Proposal. 2009 TEAMS Conference**
- **Mississippi State University, College of Education Diversity Committee, 2005-06**
- **Ram Ambassador, Greater Ram Club, Colorado State University, 2003-Present**
- **Member, Council on Law in Higher Education, 2002-04**
- **Member, Association of Student Judicial Affairs, 2001-04**
- **Mississippi State University Faculty Advisor, Omicron Delta Kappa, National Leadership and Honors Fraternity, 2005-2006; Ohio University, 2006-Present**
- **Member, Omicron Delta Kappa, National Honors Fraternity, 2001-Present**
- **Tau Kappa Epsilon Fraternity, Faculty Advisor and Honorary Member, 1999-2004**
- **Chair, Mrs. J.E. Thackrey Memorial Scholarship Fund, Ohio University, 1996-2006**
- **Member, Weber State University Development Council, 1995-97**

**EDITORIAL AND PEER REVIEWER AFFILIATIONS**

- **Co-Editor, *Journal of NCAA Compliance*, 2019-Present**
- **Guest Reviewer, Journal of Sport Management, Fall 2019 issue**
- **Guest Reviewer, *International Journal of Financial Studies*, Summer 2019**
- **Guest Reviewer, *Journal of Amateur Sport*, Fall 2017 Issue**
- **Guest Reviewer, *Journal of Legal Aspects of Sport*, 2016-17**
- **Co-Editor and Editorial Review Board, *Journal of Issues in Intercollegiate Athletics*, 2007-2014**
- **Editorial Review Board member, *Journal of Higher Education Athletics*, 2015-2020**
- **Editorial Review Board member, *International Journal of Sport Management*, 2011-14**
- **Reviewer, *NASSM Student Research Paper Award Competition*, 2014**
- **Abstract Reviewer, *College Sports Research Institute Conference* 2011-2014**
- **Guest Reviewer, *Sociology and Sport Journal*, Spring 2009 Issue**
- **Folio Reviewer. *Sports Management Program Review Council*. Term Expired 2008**
- **Guest Reviewer, *Entertainment and Sports Law Journal*, Spring 2008 Issue**
- **Reviewer, *Governance and Policy in Sport Organizations*, 2nd Ed. By Hums & McLean**
- **Reviewer, *In the Footsteps of Champions*, University of Tennessee Press**
- **Reviewer, *Line of Scrimmage*, University of Mississippi Press**
- **Reviewer, *Sports Leadership and Ethics*, Holcomb Hathaway Publishers**
- **Abstract Reviewer, *European Association of Sport Management Conference* (EASM), 2024-Present**
- **Guest Reviewer, *Journal of Intercollegiate Athletics,* 2025**

*Ohio University Committees*

- **College of Business Intellectual Contributions CIT, 2019-2021**
- **Chair, Department of Sports Administration Group II Faculty Promotion Committee, 2019-20**
- **Member, University P&T Committee, 2017-2022**
- **College of Business, Faculty Senator, 2016-2022**
- **Member, University Academic Advising Council, 2017-Present**
- **Member, Baker Award Review Committee, 2017-2022**
- **Member, The Post Newspaper Editorial Board, 2016-2019**
- **Robert Glidden Visiting Professor Committee member, 2014, 2019**
- **Member, Undergraduate Committee, Department of Sports Administration, College of Business, 2014-2017**
- **College of Business International CIT, 2013-14**
- **Chair, Promotion and Tenure Committee, Dr. Michael Pfahl, 2013**
- **Co-Chair, First Year Experience Committee, 2012-14**
- **College of Business Undergraduate CIT, 2010-2013**
- **Chair, Undergraduate Committee, Department of Sports Administration, College of Business, 2010-13**
- **Advisory Board Member, The Ralph and Lucy Schey Sales Centre, 2010-2014**
- **UC-115/1000 Freshman Orientation Advisory Committee, 2010-2016**
- **School of Recreation and Sport Sciences Curriculum Committee, 2008-2010**
- **College of Health of Human Services, Faculty Advisory Committee, 2008-2009**
- **School of Recreation and Sport Sciences, Governance and Operations Committee, 2006-07; 2008-09**
- **School of Recreation and Sport Sciences, Curriculum Committee, 2007-08**
- **College of Health of Human Services, PEP Review Subcommittee, 2007-2008**

## RESEARCH INTEREST/LINE OF RESEARCH

**The study of intercollegiate athletics administration, governance, rules compliance with an emphasis on college athlete academic achievement and graduation rates. Also, study the ethics and components of the NCAA legislative, enforcement, and governance process and the intersection of educationally based sport development and delivery in the US with other developmental programs throughout the world.**

## POST-TENURE PEER REVIEWED PUBLICATIONS *(Published or Accepted for Publication)*

- **Baumler, L.,** *Ridpath, B.* **& Stroebel, T. (May-June 2024).** *An Exploratory Analysis of the Impact of Name, Image and Likeness (NIL) at a NCAA Mid-Major Football Bowl Subdivision Institution. Journal of NCAA Compliance.* **pp 1; 12-23.** *(Acceptable Journal).*

- **Smolianov, P.,** *Ridpath, B.,* **Morrissette, J.N. & Dolmatova, T. (2023).** *Comparing Practices of Wrestling in the USA Against a Global Model for Integrated Development of Mass and High-Performance Sport. International Journal of Wrestling Science.* **Accepted for publication. TBA.** *(Off-List Peer Reviewed-Acceptable)*

- **Moleski, K., Ridpath, B. D., & Yang, L. . (September, 2023).** *Factors that Influence the Academic Success of College Athletes Participating in the National Association of Intercollegiate Athletics. Journal of Intercollegiate Sport,* **16(3). https://journals.ku.edu/jis/article/view/20082** *(Acceptable Journal).*

**BRADLEY DAVID RIDPATH**                                                                                    **PAGE TEN**

**PEER REVIEWED PUBLICATIONS-*Published or Accepted for Publication-(Continued):***

- **Buser, M., Woratshek, H. & *Ridpath, B.* (October, 2021). *Fantasy Sports and Strategic Gamification Marketing in the United States. Sport, Business and Management, an International Journal.* Vol. 11. Issue 5, pp. 575-597.  https://doi.org/10.1108/SBM-08-2020-0080 *(Acceptable Journal).***

- **Strehlow, S., Foster, S.J., Stokowski, S., *Ridpath, B.*, Singer, J.N., & Blunt-Vinti, H. (November, 2021). *NCAA Division I Student-Athletes' Self-Perception: Using Race and Ethnicity as a Construct.  Journal of Athlete Development and Education.* Vol. 3, Issue 3, pp. 150-169. https://scholarworks.bgsu.edu/jade/vol3/iss3/1 *(Acceptable Journal).***

- **Allison, R., Knoester, C. & *Ridpath, B.* (June, 2021). *Public Opinions about Paying College Athletes and Athletes Protesting During the National Anthem: A Focus on Race/Ethnicity and Political Identities. The DuBois Review: Social Science Research on Race.* Vol. 19, Issue 1. pp. 1-23.  https://doi.org/10.1017/S1742058X21000229.  *(Off-List Peer Reviewed-Acceptable).***

- **Knoester, C., *Ridpath, B.* and Allison, R. (Spring 2022). *Should Athletes be Allowed to Protest During the National Anthem? An Analysis of Public Opinions Among U.S. Adults. Sociology of Sport Journal*. 39(1):23-34. *(Top Journal).***

- **Knoester, C. & *Ridpath, B.* (2021). *Should College Athletes be Allowed to be Paid? A Public Opinion Analysis.  Sociology of Sport Journal.* Issue 1, pp. 1-13. *https://doi.org/10.1123/ssj.2020-0015. (Top Journal).***

- **Yandle, C., Stokowski, S. & *Ridpath, B.* (Oct/Nov. 2020). *An Academic Rollercoaster: A Phenomenological Study of NCAA Division I Football. Journal of NCAA Compliance.* pp. 3-4; 13-21. *(Acceptable Journal).***

- **Stroebel, T*., Ridpath, B.*, Pfahl, M., O'Reilly, N., Buser, M. & Woratshek, H. (2020, October). *Co-Branding Through an International Double Degree Program-A Single Case Study in Sport Management Education.* Sport Management Education Journal Special Issue on Global Perspectives in Sport Management Education. Vol. 14, No. 2., pp. 119-128. DOI:10.1123/smej.2019-0047 *(High Quality Journal).***

- **Gurney, G., Rubin, L., Stokowski, S. & *Ridpath, B.* (2020, May/June). *The Original Sin of College Sports: Presidents' Inconsistent Use of Special Admissions. Journal of NCAA Compliance*.  pp. 3-4; 12-19. *(Acceptable Journal).***

- **Smolianov, P., O'Connor, C., Stone, *Ridpath, B.*, N., Dion, S., Schoen, C., Brophy-Miles, K. &. (2020, Summer/Online Scholastica). *Comparing the Practices of US Golf against a Global Model for Integrated Development of Mass and High Performance Sport. International Journal of Golf Science.* Vol. 8, Issue 2. *(Off List-Peer Reviewed Acceptable).***

- ***Ridpath, B.,* Harris, S., Smolianov, P., Ishac, W., & Akindes, G. (2019, Fall). *Case Studies of Worldwide Sport Development Systems and Access to Education. World Innovation Summit on Education (WISE). Qatar Foundation for Education, Science and Community Development. (Acceptable Journal Publication as a Peer Reviewed Monograph).***

**BRADLEY DAVID RIDPATH**                                              **PAGE ELEVEN**

**PEER REVIEWED PUBLICATIONS-*Published or Accepted for Publication-(Continued):***

- *Ridpath, B.*, Rudd A. & Stokowski, S. (2019, July). *Perceptions of European Athletes That Attend American Colleges and Universities for Elite Athletic Development and Higher Education Access. Journal of Global Sport Management Special Issue on Intercollegiate Athletics. DOI:10.1080/24704067.2019.1636402. (Acceptable Journal).*

- Rudd A. & *Ridpath, B.* (2019, July). *Education Versus Athletics: What Will Division I Football and Basketball Players Choose? Journal of Amateur Sport.* Vol. 5, Issue 1. pp 76-95. https://doi.org/10.17161/jas.v5i1.7731. *(Acceptable Journal).*

- Tudor, M. & *Ridpath, B.* (2019, July). Does Gender Significantly Predict Academic and Athletic Motivation among NCAA Division I College Athletes? *Journal of Higher Education Athletics and Innovation.* Vol. 1, Issue 5. pp. 122-147.  DOI: 10.15763/issn.2376-5267.2018.1.5.122-147. *(Acceptable Journal).*

- Tudor, M. & *Ridpath, B.* (2018). *Does the Perceived Motivational Climate Significantly Predict Academic and/or Athletic Motivation among NCAA Division I College Athletes? Journal of Contemporary Athletics.* Vol. 12, Issue 4, pp. 291-307. *(Acceptable Journal).*

- *Ridpath, B.,* Gurney, G. & Snyder, E. (2015, August). *NCAA Academic Fraud Cases and Historical Consistency: A Comparative Content Analysis. Journal of Legal Aspects of Sport.* Vol. 25, Issue 2, pp. 75-103. http://dx.doi.org/10.1123/jlas.2014-0021 *(High Quality Journal).*

- *Ridpath, B.,* Smith, J., Garrett, D. & Robe, J. (2015, January). *Shaping Policy and Practice in Intercollegiate Athletics: A Study of Student Perceptions of Resource Allocation for Athletics and its Effect on Affordability of Higher Education.  The Journal of Sport.* Vol. 4, Issue 1, pp. 19-46. DOI: http://dx.doi.org/10.21038/sprt.2015.0412 *(Acceptable Journal).*

- *Ridpath, B.,* Chapman, M. & Denhart, M. (2014, January). *An Examination of Increased NCAA Division I Athletic Department Budgets: A Case Study of Student Perceptions of Fee Allocations for Athletics. International Journal of Sport Management.* Vol. 15, Issue 1, pp. 25-48. *(Acceptable Journal).*

- *Ridpath, B.*, Fattlar, D. & Yiamouyiannis, A.  (2012, Summer) *An Examination of NCAA Athletic Department Revenues and Expenditures and Their Effect on Athletic Success in a Mid-Major Athletic Conference. The Journal of Sport.* Vol. 1, Issue 1, pp. 57-93. *(Acceptable Journal).*

**PRE-TENURE PEER REVIEWED PUBLICATIONS (2004-2012):**

- *Ridpath, B. Perceptions of NCAA Division I Athletes on Motivations and Individual Desire Concerning the use of Specialized Academic Support Services in the Era of the Academic Progress Rate.* (2011, Winter), *Journal of Issues in Intercollegiate Athletics.* Issue 3, pp. 253-271. *(Acceptable Journal).*

- Ensign, K., White, K., Yiamouyiannis, A. & *Ridpath, B. Heterosexual Athletic Trainers' Attitudes toward Lesbian, Gay Men, and Bisexual Athletes in the NCAA.* (2011, Jan-Feb.). *Journal of Athletic Training*. Vol. 46, Issue 1, pp. 69-75. https://dx.doi.org/10.4085%2F1062-6050-46.1.69. *(Top Journal).*

**BRADLEY DAVID RIDPATH**                                          **PAGE TWELVE**

## PRE-TENURE PEER REVIEWED PUBLICATIONS (2004-2012):

- **Yiamouyiannis, A., Lawrence, H., Hums, M., &** ***Ridpath, B.*** *Sport Opportunities in Intercollegiate Athletics: Using Ethical Theory and Structured Models to Assist in Responsible Decision Making.* **(2010, Summer).** *Sport Management Education Journal.* **Vol. 4, Issue 1, pp. 60-75.** *(High Quality Journal)*

- ***Ridpath, B.*, Zullo, R. & Gill, N. (2009, Fall).** *Gender as an Indicator of Academic Progress and Graduation for NCAA Division I Athletes. Athletic Academic Journal.* **The National Association of Academic Advisors for Athletics (N4A) Journal. Vol. 20, Issue 1, pp. 98-128.** *(Acceptable Journal).*

- ***Ridpath, B.*, Lawrence, H., Yiamouyiannis, A. & Galles, K.** *Changing Sides: The Failure of the Wrestling Communities Challenges to Title IX and New Strategies for Saving NCAA Sport Teams.* **(2008, November).** *The Journal of Intercollegiate Sport,* **Vol. 1, Issue 2, pp. 255-283. DOI: 10.1123/jis.1.2.255.** *(Acceptable Journal).*

- ***Ridpath, B.*** *Can the Faculty Reform Intercollegiate Athletics.* **(2008, Spring).** *The Journal of Issues in Intercollegiate Athletics,* **Vol. 1, Issue 1, pp. 11-25.** *(Acceptable Journal).*

- ***Ridpath, B.*, Southall, R. & Nagel, M.** *New Rules for a New Ballgame: Legislative and Judicial Rationales for Revamping the NCAA's Enforcement Process.* **(2008, Spring).** *The Entertainment and Sports Law Journal:* **Symposium Issue on College Sports and the Law, ESLJ, 6, xxiii.** *(Acceptable Journal).*

- ***Ridpath, B*, Kiger. J., Mak, J., Eagle, T., & Letter, G.** *Factors that Influence the Academic Progress and Graduation of NCAA Division I Athletes.* **(2007, Fall).** *Sport Management and Related Topics Journal* **(SMART), Vol. 4, Issue 1, pp. 59-83.** *(Acceptable Journal).*

- ***Ridpath, B.*,** *College Athlete's Perception of Coach's Emphasis on Academic Progress and Graduation.* **(2006, Fall).** *Sport Management and Related Topics Journal* **(SMART). Vol. 3, Issue 1, pp. 14-40.** *(Acceptable Journal).*

- **Staurowsky, E. &** ***Ridpath, B.*** *The Case for a Minimum 2.0 Grade Point Average for College Athletic Eligibility.* **(Winter, 2005).** *The Journal of Legal Aspects of Sport.* **Winter 2005 Symposium Issue, Vol. 15, Issue 1, 113-138.** *(High Quality Journal).*

## PUBLISHED BOOKS

- ***Ridpath, B.* (TBA-Under Contract).** *Reclaiming American Sport Development: New Strategies for Educational and Elite Sport Pathways.* **Rutgers University Press, New Brunswick, NJ.**

- ***Ridpath, B.* (Spring 2018).** *Alternative Models of Sports Development and Delivery in America: Proposed Solutions to Combat a Crisis in Education and Public Health.* **Ohio University Press and Swallow Books, Athens, OH.**

- ***Ridpath, B.* (2012).** *Tainted Glory: Marshall University, The NCAA, and One Man's Fight for Justice.* **Published via Grant Funding from the Center for College Affordability and Productivity. iUniverse Publishing.**

**PUBLISHED BOOK CHAPTERS**

- *Ridpath, B.D.* **& Valeant, A. (2023).** Introduction-Measurement of Success in Sports; Can it be Defined? *In Leadership and Sport Management, Ridpath, B.D. & Valeant, A. eds.* **Cognella Academic Publishing, San Diego, CA. pp 3-19.**

- **Porto, B., Gurney, G., Lopiano, D.,** *Ridpath, B.D.***, Sack, A., Willingham, M. & Zimbalist, A. (2021).** The Big Five Power Grab: The Real Threat to College Sports. **Chapter-Whither College Sports: Amateurism, Athlete Safety and Academic Integrity. Rutgers University Press, New Brunswick, NJ. pp. 191-195.**

- **Gurney, G., Lopiano, D., Willingham, M., Meyer J., Porto, B.,** *Ridpath, B.D.,* **Sack, A., & Zimbalist, A. (2021).** Why the NCAA Academic Progress Rate (APR) and the Graduation Success Rate (GSR) Should be Abandoned and Replaced with more Effective Academic Metrics. **Chapter-Whither College Sports: Amateurism, Athlete Safety and Academic Integrity. Rutgers University Press, New Brunswick, NJ. pp. 195-227.**

- **Porto, B., Gurney, G., Lopiano, D.,** *Ridpath, B.D.,* **Sack, A., Willingham, M. & Zimbalist, A. (2021).** Fixing the Dysfunctional NCAA Enforcement System. Chapter-Whither College Sports: Amateurism, Athlete Safety and Academic Integrity. **Rutgers University Press, New Brunswick, NJ. pp. 228-238.**

- **Lopiano, D., Blade, J., Gurney, G., Hudson, S., Porto, B., Sack, A.,** *Ridpath, B.D.,* **& Zimbalist, A. (2021).** College Athlete Health and Protection from Physical and Psychological Harm. Chapter-Whither College Sports: Amateurism, Athlete Safety and Academic Integrity. **Rutgers University Press, New Brunswick, NJ. pp. 239-280.**

- **Porto, B., Gurney, G., Lopiano, D.,** *Ridpath, B.D.,* **Sack, A., Sommer, J., Willingham, M. & Zimbalist, A. (2021).** Compensation of College Athletes including Revenues Earned from Commercial use of their Names, Images, Likenesses (NILs) and Outside Employment. Chapter-Whither College Sports: Amateurism, Athlete Safety and Academic Integrity. **Rutgers University Press, New Brunswick, NJ. pp. 281-306.**

- **Smolianov, P., Gronkjaer, A.,** *Ridpath, B.* **& Dolmatova, T. in Andersen, P., Hansen, S. & Houlihan, B., eds. (2021).** Embedded Multi-Level Leadership in Elite Sport. Chapter-USA and Leadership in Elite Ice Hockey. **Routledge/Taylor-Francis, New York. pp. 184-204**

- *Ridpath, B.* **in Popp, B., Horbel, C. & Roth, S., eds. (2020).** Perspektiven des Dienstleistungsmanagements. Chapter- American and European Sport Governance: Differences, Commonalities and the Future. **Springer Gabler, Wiesbaden, Germany. pp. 479-497. https://doi.org/10.1007/978-3-658-28672-9**

- **Lee, J.W., Polite, F.G., Waller, S., &** *Ridpath, B.* **in Lee, J. & Hardin, R., eds. (2015).** Policy and Governance in Sport: Issues, Organizations, and Practical Application, Chapter 10: Human Rights, Fairness, and Personal Freedoms in Sport: Further Perspectives. **Durham, NC: Carolina Academic Press.**

- *Ridpath, B.* **(2015).** Introduction to Intercollegiate Athletics in American Higher Education-Recruiting Chapter. **Baltimore: Johns Hopkins University Press.**

**PUBLISHED BOOK CHAPTERS-*Continued***

- ***Ridpath, B.*** in Sailes, G. ed. (2013/ Revised 2017). <u>Sports in Higher Education: Issues and Controversies in College Athletics: Chapter 3, The Administration and Governance of Intercollegiate Athletics.</u> San Diego, CA: Cognella.

- ***Ridpath, B. & Abney, R.*** in McClellan, G., King, C. & Rockey, D. eds. (2012). <u>The Handbook of College Athletics and Recreation Administration: Chapter 7-Governance of Intercollegiate Athletics and Recreation.</u> San Francisco: Jossey-Bass.

- ***Ridpath, B*.** (2011). <u>Encyclopedia of Sport Management and Marketing: Chapter-Contracts/Venue.</u> Thousand Oaks, CA: Sage Publications.

- ***Ridpath, B.*** & Walton, K. in Lawrence, H. J. & Wells, M., eds. (2009, Revised 2015/2021). <u>Event Management Blueprint: Creating and Managing Successful Sports Events; Chapter 4-Contracts.</u> Dubuque, IA: Kendall/Hunt.

**WORKING PAPERS**

- Schulz, A., ***Ridpath, B*.**, Graham, J, & Trendafilova, S. (Under Review). <u>The NIL Era: A Systematic Analysis of Current Research and Trends.</u> *Journal of Issues in Intercollegiate Athletics*

- Abromeit, T., Knetig, J. & ***Ridpath, B*.** <u>*Analysis of Critical Success Factors for a Global Expansion of the National Football League in Europe*</u>*. Will be submitted to European Sport Management Quarterly*

- Gleason, B., Hornsby, W., Smolianov, P., Stone, M., Smith, Sausaman, A., ***Ridpath, B.,*** Wathen, N. & Stone, M. <u>*Is it time for change? Examining recent evidence of systemic problems within U.S. intercollegiate sport.*</u>

**COMMISSIONED PAPERS**

- ***Ridpath, B.*** & Sommer, J. (2022). <u>The Current State of Intercollegiate Athletics in the United States: Name, Image and Likeness (NIL), College Athlete Compensation and Potential Effects on Higher Education Institutions in the State of Texas</u>. *A Research Based Monograph Commissioned by the Texas Public Policy Foundation.*

**EDITED MONOGRAPHS**

- Kahler, J., ***Ridpath, B*.**, Moran, P., Pfahl, M. & Davis, C. (2010). <u>The 2010 National Sports Forum Corporate and Industry Survey.</u> *The National Sports Forum, Seaver Group.*

- Kahler, J., ***Ridpath, B*.**, Moran, P., Maestas, A.J., Francis, S., Payne, R., Migala, D. & Petzold, A. (2008). <u>The 2008 National Sports Forum Corporate and Industry Survey.</u> *The National Sports Forum, Seaver Group.*

**EDITED TEXTBOOKS**

- ***Ridpath, B.*** & Valeant, A.,Eds.(2025). <u>Leadership and Sport Management, 1st Ed.</u> Cognella Inc. San Diego.

**BRADLEY DAVID RIDPATH**                                                        **PAGE FIFTEEN**

**SELECTED PROFESSIONAL/TRADE PUBLICATIONS**

- *Ridpath, B.* Super League Proposal Can Be Giant Step Forward for College Sports. **Sportico. April 24, 2024.**

- *Ridpath, B.* & Winter, M. Direct Bargaining with Athletes is the Best Way Forward for College Sports. *Sportico.* **July 6, 2022.**

- *Ridpath, B.* Amid NCAA Revolution, Military Funding Option May Make Sense. *Sportico.* **May 11, 2022.**

- *Ridpath, B.* & Gurney, G. Professors Suggest NCAA Athlete Satisfaction Survey Is Not an Accurate Measure of College Athlete Outputs and Experiences. *Journal of NCAA Compliance.* **July/Aug. 2020.**

- *Ridpath, B.* (2020, June 17). How College Sports Can Survive. *James G. Martin Center for Academic Renewal.* **https://www.jamesgmartin.center/2020/06/how-college-sports-can-survive/**

- *Ridpath, B.* A Path Forward for Reforming College Sports, **James G. Martin Center for Academic Renewal, January 20, 2020.**

- *Ridpath, B.* (2020). More Problems for Michigan State? *Journal of NCAA Compliance.* **Jan/Feb 2020.**

- *Ridpath, B.,* Gurney, G. & Lopiano, D. (2019). Presidents Choose to Enable Academic Fraud in Athletics. *Journal of NCAA Compliance.* **July/August 2019.**

- *Ridpath, B.* (2017). Overzealous Boosters, Infighting at Louisville Point to Larger Governance Problems in College Sports and Higher Education. *Journal of NCAA Compliance.* **May/June 2017.**

- *Ridpath, B.* (2017). College Athletes or Employees? Does it Really Matter? We will Still Watch the Games? *Journal of NCAA Compliance.* **November/December 2017.**

- ☐ *Ridpath, B.* NCAA's APR Release Should Be Looked At With A Very Skeptical Eye. **Forbes SportsMoney Blog, May 10, 2017.**

- ☐ *Ridpath, B.* Part Time Students, Full Time College Athletes-Not A Bad Idea But Also Not A New One. **Forbes SportsMoney Blog, January 19, 2017.**

- ☐ Gurney, G. & *Ridpath, B.* Why the NCAA Continues to Work Against Athletes' Best Interests. **Chronicle of Higher Education, February 29, 2016.**

- *Ridpath, B.* North Carolina Major Infractions Case Takes Another Curious Turn. **Forbes SportsMoney Blog, October 26, 2016.**

- *Ridpath, B.* In College Sports, it's either about Education or Free Market Economics-Not Both. **Forbes SportsMoney Blog, September 25, 2015.**

BRADLEY DAVID RIDPATH                                                                                                    PAGE SIXTEEN

**SELECTED EDITED PUBLICATIONS/EDITORIALS** *(Continued)*

- *Ridpath, B.* **(2016). Limited Immunity in NCAA Enforcement Should be used with Fairness as Goal.** *Journal of NCAA Compliance.* **July/August 2016.**

- *Ridpath, B.* **Amateurism Must Die and We Must be Prepared.** *Journal of NCAA Compliance.* **July-August 2013.**

- *Ridpath, B.* **Outlook: The Real March Madness. Why finally reforming college sports may require Congress—or the courts—to act?** *Currents Magazine: Council for Advancement and Support in Education (CASE).* **March 2014 Issue.**

- *Ridpath, B.* **Like it or Not, Ralph Nader is Right.** **College Sports Business News, Apr. 2011.**□

- *Ridpath, B.* **Spotlight Shines on the Propriety of Student Fees for Sports.** **College Sports Business News, March 2011.**

- *Ridpath, B.* **New Approaches to Economic Realities and Enforcement of Title IX.** **High School Today: The Voice of Education Based Athletics and Activities, November 2007.**

- *Ridpath, B.* **Force Fanatics: Who are they and why do they come?** **The Migala Report, July 12, 2007.**

- *Ridpath, B.* *Reform Effort Dismissed as Rhetoric.* **NCAA News, June 4, 2007.**

- *Ridpath, B.* **NBA Age Rule an Exercise in Futility.** *Street & Smith's Sports Business Journal,* **May 14-20, 2007.**

- *Ridpath, B.* *Don't Mess with Post-Graduate Choices.* **NCAA News, July 17, 2006.**

- *Ridpath, B.* *Change not Dependent on Structure.* **NCAA News, June 20, 2005.**

- *Ridpath, B.,* **The Way Things ought to be in College Sports.** **College Athletic Clips. March 31, 2005.**

- *Ridpath, B.* **Ridpath Argues NCAA Infractions and Enforcement Process IS Broken.** **Legal Issues in College Athletics and Sport Litigation Alert. October 28, 2004.**

**PUBLISHED BOOK REVIEWS:**

- *Ridpath, B.,* **Book Review,** *Sports Crazy: How Sports are Sabotaging American Schools* **by Steven J. Overman.** *Sociology of Sport Journal,* **https://doi.org/10.1123/ssj.2019-0123. Spring 2020.**

- *Ridpath, B.,* **Book Review,** *The System: The Glory and Scandal of Big-time College Football* **by Jeff Benedict & Armen Keteyian.** *Journal of Issues in Intercollegiate Athletics,* **2014, Issue 7, Winter 2014.**

**BRADLEY DAVID RIDPATH**                                 **PAGE SEVENTEEN**

**PUBLISHED BOOK REVIEWS** *(Continued)***:**

- *Ridpath, B.***,** Book Review**, "***100 Heroes: People in Sports who Make This a Better World,"* **by Dr. Richard Lapchick.** *Journal of Sport Management.* **Vol. 23, 3, May 2008.**

- *Ridpath, B.***,** Book Review**,** *Confessions of a Spoilsport: My Life and Hard Times Fighting Sports Corruption at an Old Eastern University,"* **By Dr. William Dowling.** *Journal of Issues in Intercollegiate Athletics***, Winter 2008.**

- *Ridpath, B.***,** Book Review**,** *"A Place on the Team,"* **by Welch Suggs***. Sociology of Sport Journal.* **Fall 2007, Volume 24, Number 3.**

- *Ridpath, B.***,** Book Review**,** *"I am Charlotte Simmons.***"** *Sport Management and Related Topics Journal (SMART)***, Issue 2, Volume 1, Spring 2005.**

**MEDIA INTERVIEWS/ DISTRIBUTED WHITE PAPERS**

*See* [*www.thedrakegroup.org*](http://www.thedrakegroup.org) *for researched based white papers. Media placements include ESPN, Sports Illustrated, The New York Times, Sydney Morning Herald, Los Angeles Times, Time Magazine, Fox Sports and USA Today. See Media Addendum for a comprehensive list.*

**PRESENTATIONS** *(Peer Reviewed Abstracts and Invited as Denoted)*

- **Schroll, M., Siegl, T.,** *Ridpath, B.,* **Woratsheck, H.** *Understanding the Conditions For Implementing Environmental Sustainability in Sport Sponsorships. An Analysis of California and Ohio.* **33rd European Association for Sport Management Conference - EASM 2025. Budapest, Hungary. September 2025.** *(Accepted).*

- *Ridpath, B.,* **Zotos, C, Zeppos, N. & Wicker, I.** *Confronting Division I Sports Subsidization and Financial Sustainability.* **Michael Cavanaugh, Moderator. The Drake Group Education Fund Webinar Critical Issues in Collegiate Athletics Series. May 15, 2025.**

- *Ridpath, B.* **Invited Panelist***: The Pivot Point: College Athletics at a Crossroads. New Era, New Rules: Changing the Academic Playbook for College Athletes.* **Ava Wallace, Moderator. The Allen Sack National Symposium, Advancing Integrity in College Sport. The Drake Group Education Fund.  Howard University, April 10, 2025.**

- *Ridpath, B.* **Panel Moderator:** *Athletes Rights Activism: Past, Present and Future.* **With Kain Colter, Justin Falcinetti, Walter Palmer, and Shakeel Rashad. College Sports Research Institute Annual Conference, University of South Carolina, Columbia, SC, March 19-21, 2025.**

- *Ridpath, B. The NIL Era: A Systematic Analysis of Current Research and Trends.* **College Sports Research Institute Annual Conference, University of South Carolina, Columbia, SC, March 19-21, 2025.**

- *Ridpath, B. Second Annual American Football Summit. Economic and Sporting Future of American Football in Germany/Europe.* **Invited Speaker & Panel Moderator. University of Bayreuth, Bayreuth Germany. November 7, 2024** *(Invited).*

BRADLEY DAVID RIDPATH                                                                      PAGE EIGHTEEN

**PRESENTATIONS (Peer Reviewed and Invited-Continued)**

- *Ridpath, B. Colloquium on College Sports Reform,* **Saint Mary's College, Moranga, CA. May 28, 2024.** *(Invited Virtual Presentation).*

- *Ridpath, B. First Annual Sports Law Symposium.* **Ohio Northern University Pettit College of Law. April 25, 2024.** *(Invited Panelist).*

- *Ridpath, B. Moving Away from the NCAA? Possible Future Governance Models for Intercollegiate Athletics and the American Sports Ecosystem.* **College Sports Research Institute Annual Conference, University of South Carolina, Columbia, SC, March 20-22, 2024.**

- *Ridpath, B. Future of Sports: College Sports Reform in the Public Interest.* **Aspen Institute Sport and Society Project Play. February 28, 2024.** *(Invited Panelist).*

- *Ridpath, B. First Annual American Football Summit. Economic and Sporting Future of American Football in Germany/Europe.* **Invited Speaker & Panel Moderator. University of Bayreuth, Bayreuth Germany. November 6, 2023** *(Invited)*

- *Ridpath, B.(Moderator),* **Zotos, C., Leidl, D., Minjares, V. & Moss, W.** *Coach Abuse of College Athletes – Are Coach Training, Certification, and Conduct Policies the Answer??* **The Drake Group Education Fund Critical Issues in Collegiate Athletics Series. Sept. 21, 2023.**

- *Ridpath, B.,* **Rubin, L., Southall, R. & Croom III, H.** *Are Institutions Being Held Accountable for Delivering on the Promise of a Meaningful Education??* **Dr. Bruce Smith, Moderator. The Drake Group Education Fund Critical Issues in Collegiate Athletics Series. March 30, 2023.**

- **Baumler, L.,** *Ridpath, B.* **& Stroebel, T.** *Giving Athletes a Brand: An analysis of the NIL rule and its impact on athlete branding in the NCAA. A Pilot Study of a Mid-Major Institution.* **College Sports Research Institute Annual Conference, University of South Carolina, Columbia, SC, March 22-24, 2023.**

- **Anderski, M., Greibel, L., Stroebel, T. &** *Ridpath, B. "Shine bright Like a diamond! An analysis of the NIL rule and its impact on athlete brand building from a multi-actor perspective"* **College Sports Research Institute Annual Conference, University of South Carolina, Columbia, SC, March 22-24, 2023.**

- **Moleski, K.,** *Ridpath, B.* **& Yang, L.** *Examining the Academic success of student athletes Participating in the National Association of Intercollegiate Athletics (NAIA).* **College Sports Research Institute Annual Conference, University of South Carolina, Columbia, SC, March 23-25, 2022.**

- **Moleski, K.,** *Ridpath, B.* **& Yang, L.** *Factors Influencing the Recruitment and Retention of Minority Athletes in the National Association of Intercollegiate Athletics (NAIA).* **College Sports Research Institute Annual Conference, University of South Carolina, Columbia, SC, March 23-25, 2022.**

BRADLEY DAVID RIDPATH                                              **PAGE NINETEEN**

**PRESENTATIONS** *(Peer Reviewed and Invited-Continued)*

- *Ridpath, B.,* Caterinichio, J., Dinkins, R., Hancock, M. & Koller, D. *How will the Evolving Landscape of College Athletics Affect the USA Olympic Sports Development System?* **Dr. Welch Suggs, Moderator. The Drake Group Education Fund Critical Issues in Collegiate Athletics Series. Oct. 17, 2024.**

- *Ridpath, B. Facing an Uncertain Future.* **Culture in Sports 2024 Annual Leadership Summit. October 9, 2024.** *(Invited Panelist).*

- Raouf, M. & *Ridpath, B.* *What is the Solution for the Development of Iranian Sports?* **4ᵗʰ World Association of Sport Management Conference, Doha, Qatar, March 5-8 2023.**

- *Ridpath, B.(Moderator),* Armstead, M., Ellis, J., Luck, O., Sommer, J. & Zimbalist, A. *The Disintegration of the NCAA: The Price of Rejecting National Governance.* **The Drake Group Education Fund Critical Issues in Collegiate Athletics Series. Feb. 24, 2022.**

- *Ridpath, B. Ethical Leadership in Sports.* **1ˢᵗ International Conference on Ethics in Sport. University of Tehran, Tehran, Iran, January 2, 2022. (***Virtual Conference).*

- *Ridpath, B.,* Lopiano, D., Meyer, J., Smith, B. & Zimbalist, A. Karl Isvoog Moderator. *Keeping Everything We Love About Collegiate Sport While Fixing Its Failed Governance Structure".* **The Drake Group Education Fund Critical Issues in Collegiate Athletics Series. Dec. 2, 2021.**

- Smolianov P., Dolmatova, T., D'Amico, A., Schoen, C., Ridpath, B.D., Norberg-Morrissette, J., Dion, S., Boucher, C., Smith, J., O'Neill, S., Kozlowski, B., Brennan, T., Ulloa, T. *US Wrestling System: Examining Macro-Level Practices Against a Global Model for Integrated Development of Mass and Elite Sport.* **Twelfth International Conference on Sport and Society. University of Granada, Spain, June 14, 2021.**

- Knoester, C., *Ridpath, B.* & Allison A. *"Should College Athletes be Allowed to be Paid? A Study of Factors That Influence Public Opinion on Paying College Athletes.***" College Sports Research Institute Annual Conference, University of South Carolina, Columbia, SC, March 24-26, 2021.** *(Virtual/Covid).*

- *Ridpath, B. "Alternative Models of Sport Development in America. Solutions to a Crisis in Education and Public Health."* **1ˢᵗ International Congress of Iranian Scientific Association & Sport Management. Tehran, Iran, March 2-3, 2021.** *Virtual/Covid. (Invited)*

- Knoester, C. & *Ridpath, B. "Should College Athletes be Allowed to be Paid? A Study of Factors That Influence Public Opinion on Paying College Athletes.***" College Sports Research Institute Annual Conference, University of South Carolina, Columbia, SC, April 1-3, 2020.** *(Conference Cancelled-Covid).*

- *Ridpath, B. "HR 5528-Can a Congressional Study Change Intercollegiate Athletics in America as the 1975 Amateur Sports Act Changed the Olympics."* **College Sports Research Institute Annual Conference, University of South Carolina, Columbia, SC, April 1-3, 2020.** *(Conference Cancelled-Covid).*

- *Ridpath, B. "Proposed Athlete Compensation Models: Perspectives from The Drake Group."* **Coalition on Intercollegiate Athletics (COIA) Annual Meeting, Baton Rouge, LA. February 15, 2020.** *(Invited).*

BRADLEY DAVID RIDPATH                                                           PAGE  TWENTY

**PRESENTATIONS** *(Peer Reviewed and Invited-Continued)*

- *Ridpath, B.***, Harris, S., Smolianov, P., Ishac, W., & Akindes, G. (2019).** *Case Studies of Worldwide Sport Development Systems and Access to Education.* **World Innovation Summit on Education (WISE). Qatar Foundation for Education, Science and Community Development, Doha, Qatar. November 17-21, 2019.**

- *Ridpath, B. "Complying: Examining the Rules and Regulations that Govern Student Athletics."* **Ohio State University SSI Panel, Columbus, OH. October 3, 2019.** *(Invited)*

- *Ridpath, B.***, Smolianov, P., Harris, S., Akindes, G., Ishac, W., Voznyak, O., Komova, E., Dion, S., Schoen, C., Norberg, J. "***Worldwide Sport Development Systems and Elite Athlete's Access to Education."* **Russian State University of Physical Education, Sport, Youth and Tourism. XIII Annual International Conference for Students and Young Researchers "Modern University Sport Science." Moscow, Russia, May 2019.**

- **Smolianov, P.,** *Ridpath, B.,* **Komova, E., Dion, S., Schoen, C., Norberg, J. "***Integrated Development of Mass and Elite Sport: A Model Used for Evaluation and Advancement of Sport Systems Across the World."* **Russian State University of Physical Education, Sport, Youth and Tourism. XIII Annual International Conference for Students and Young Researchers "Modern University Sport Science." Moscow, Russia, May 2019**

- *Ridpath, B., Rudd, A. & Stokowski, S." Education v. Athletics: What Would NCAA Division I Athletes Choose?" College Sports Research Institute Annual Conference, University of South Carolina, Columbia, SC, April 3-5, 2019*

- *Ridpath, B. "Fast Break Ideas: A New Game Plan: How Adopting Alternative Sport Development Models in the United States can prevent an Educational Crisis." 2018 Project Play Summit, Washington, DC, October 16, 2018. (Invited)*

- *Ridpath, B. "Academic Oversight of Academic Support Functions for College Athletes: A Case Study of a Mid-Major NCAA Division I Institution." College Sports Research Institute Annual Conference, University of South Carolina, Columbia, SC, April, 2018.*

- **Tunessen, D. &** *Ridpath, B. "Sports Embedded in the U.S Educational System – Is the System a Benefit or Burden to European athletes? An expanded study."* **College Sports Research Institute Annual Conference, University of South Carolina, Columbia, SC, April 12-14, 2018.**

- *Ridpath, B,* **Johnson, R, Weight, E. and Gurney, G. "***Panel Presentation on College Sports Reform".* **College Sports Research Institute Annual Conference, University of South Carolina, Columbia, SC, April 12-14, 2018.**

- **Abromeit, T. &** *Ridpath, B. "Analysis of Critical Success Factors for a Global Expansion of the National Football League in Europe."* **Play the Game 2017 Conference. Eindhoven, the Netherlands, November 28, 2017.**

- *Ridpath, B. "Shaping Policy and Practice in Intercollegiate Athletics: A Study of Student Fee Resource Allocation for Athletics and its Effect on Access and Affordability of Higher Education."* **67th Ohio Conference AAUP Annual Meeting, Renaissance Columbus Downtown Hotel, November 4, 2017.** *(Invited).*

BRADLEY DAVID RIDPATH                                                    PAGE TWENTY-ONE

**PRESENTATIONS** *(Peer Reviewed and Invited-Continued)*

- *Ridpath, B. "A New Game Plan: How Adopting Alternative Sport Development Models in the United States can Prevent and Educational Crisis."* **Ohio University College of Business Research Colloquia, Athens, OH. November 3, 2017.**

- Tunessen, D. & *Ridpath, B. "Sports Embedded in the United States Educational System – Is the System a Benefit or Burden to European Athletes?"* **College Sports Research Institute Annual Conference, University of South Carolina, Columbia, SC, April 12-14, 2017.**

- *Ridpath, B.,* Husted, J., Hite, C., Snodgrass, J. & Grant, S. **"***Pay to Play: Who's In, Who's Out and How Much Panel Discussion."* **Ohio State Sport and Society Initiative, Ohio State University, Columbus, OH, February 26, 2016.** *(Invited).*

- *Ridpath, B. "Alternative Models of Sports Development in America Outside of the Educational System: Can it Work to Prevent an Educational Crisis?"* **Play the Game 2015 Conference. Aarhus, Denmark, October 28, 2015.**

- *Ridpath, B.* **"***A New Game Plan: How Adopting an Integrated European Club System in the USA can prevent an Educational Crisis."* **11th Fulbright Lecture Series: Aspects of U.S. Culture, Society & Politics. University of Rostock, Germany, May 8, 2015.** *(Invited)*

- *Ridpath, B. "A New Game Plan: How Adopting an Integrated European Club System in the USA can prevent an Educational Crisis."* **Macromedia University, Munich, Germany. May 6, 2015. (Invited)**

- *Ridpath, B. NCAA Academic Fraud Cases and Historical Consistency: A Comparative Content Analysis 2.0."* **College Sports Research Institute Annual Conference, University of South Carolina, Columbia, SC, April 21-24, 2015. Presented with Dr. Gerald Gurney and Dr. Eric Snyder, University of Oklahoma.**

- Tudor, M. & *Ridpath, B. "Does Gender Significantly Predict Academic/Athletic Motivation among College Athletes"?* **College Sports Research Institute Annual Conference, University of South Carolina, Columbia, SC, April 21-24, 2015.**

- *Ridpath, B. "Big-Time College Sports: The Dollars and Sense of it."* **Dick Joyce Sports Symposium. St. Bonaventure University. April 14, 2015.** *(Invited)*

- *Ridpath, B. "International Co-Branding as Strategic Advantage of Sport Business Programs: A Case Study of Ohio University and University of Bayreuth"* **Association of Sports Business Annual Conference (ASB). Athens, OH. March 22-23, 2015. Presented with Dr. Tim Stroebel and Dr. Herbert Woratschek, University of Bayreuth & Dr. Norm O'Reilly and Dr. Michael Pfahl, Ohio University.**

- *Ridpath, B. "A New Game Plan: How Adopting an Integrated European Club System in the USA can prevent an Educational Crisis."* **Fulbright European Scholarly Conference. Berlin, Germany, March 15-19, 2015.** *(Invited).*

BRADLEY DAVID RIDPATH                                                    PAGE TWENTY-TWO

PRESENTATIONS (Peer Reviewed and Invited-Continued)

- *Ridpath, B. "What Constitutes Academic Fraud in American Intercollegiate Athletics? The Legal and Governance Complications via Shifting Standards."* World Association of Sport Management Inaugural Conference, Universtad Europea, Madrid, Spain, October 1-3, 2014. Presented with Dr. Gerald Gurney and Dr. Eric Snyder, University of Oklahoma.

- *Ridpath, B. "A New Game Plan: How Adopting an Integrated European Club System in the US can save American Intercollegiate Athletics."* European Association of Sport Management Annual Conference, University of Warwick, Coventry, England, September 10-12, 2014.

- *Ridpath, B. "Cold Case Files: Is it Time to Revisit the NCAA Statute of Limitations Bylaw."* European Association of Sport Management Annual Conference, University of Warwick, Coventry, England, September 10-12, 2014.

- *Ridpath, B. "Student Experiences and Expanding Ohio University's Global Footprint."* 10th Annual Sports in Africa Conference, Ohio University, April 10-12, 2014.

- *Ridpath, B. "Can Federal Legislation be a Useful Tool in Intercollegiate Athletic Reform,"* 7th Annual College Sports Research Institute Conference, Columbia, SC. April 16-18, 2014. Co-presenter Dr. Allen Sack.

- *Ridpath, B. "The Price of College Sports,"* Panel Presentation at the 7th Annual College Sports Research Institute Conference, Columbia, SC. Panel members included, Mr. Gene Smith, Retired NCAA D-1 Football Coach,  Ms. Mary Willingham, University of North Carolina at Chapel Hill, Mr. Gene Robinson – President, GENEtics Sport Management and Mr. Kene Anusionwu, Florida A&M University, April 16-18, 2014.

- Ridpath, B. *"Shaping Policy and Practice for Intercollegiate Athletics and its Effect on Access and Affordability of Higher Education."* 6th Annual College Sports Research Institute Conference. Chapel Hill, NC. April 17-19, 2013.

- *Ridpath, B. "The Expert Witness: Your First Case."* Sport and Recreation Law Association Annual Conference, Denver, CO. March, 13-16 2013.

- *Ridpath, B.  "New NCAA Enforcement and Infractions Proposals-Where are we now after the Sanity Code and 1991 Lee Commission Report?"* 5th Annual College Sports Research Institute Conference. Chapel Hill, NC. April 16-18, 2012.

- *Ridpath, B. "Tainted Glory: How an Institution sells it soul for Athletic Success and its Unintended Consequences."* 5th Annual College Sports Research Institute Conference. Chapel Hill, NC. April 16-18, 2012.

- *Ridpath, B.  "A New Football Stadium for Colorado State University: Boondoggle or Benefit?"* Invited Presentation for Save Our Stadium Hughes. Fort Collins, CO. April 4, 2012. *(Invited)*

- *Ridpath, B.  "An Examination of the Impact of Student Athletic Fee Subsidies of the Potential Affordability of Higher Education."* 4th Annual College Sports Research Institute Conference. Chapel Hill, NC. April 19-22, 2011.

BRADLEY DAVID RIDPATH                                                    PAGE TWENTY-THREE

PRESENTATIONS *(Peer Reviewed and Invited-Continued)*

- *Ridpath, B. "I Can't Control my Dad! Perspectives on the Cam Newton Case and will it Dramatically Change the Landscape of Big-Time College Football Recruiting* College Sports Research Institute Panel Presentation Moderator. Panel members: Dr. Gerald Gurney, Dr. Kadence Otto, and Allen Sack. Chapel Hill, NC. April 19-22, 2010.

- *Ridpath, B. "Perspectives on Being a Whistleblower in Intercollegiate Athletics. Is it worth it and is it Affecting Positive Change?* College Sports Research Institute Panel Presentation Moderator. Panel members: Dr. Gerald Gurney, Dr. Kadence Otto, Sally Dear, and Dr. Margaret Soltan. Chapel Hill, NC. April 21-23, 2010.

- *Ridpath, B. "What is the best way to get at the Core of the Apple regarding College Sports Reform?"* College Sports Research Institute Panel Presentation. Panel members: Dr. Richard Vedder and Matthew Denhart. Chapel Hill, NC. April 21-23, 2010.

- *Ridpath, B.*, Lawrence, H., Yiamouyiannis, A. & Galles, K. *"Assessing Title IX Implications in the Age of Recession and Shrinking Budgets."* 3rd Annual NCAA Scholarly Colloquium on Intercollegiate Athletics-College Sports in the Recessionary Times.  Atlanta, GA. January 12-13, 2010

- *Ridpath, B.*, Moran, P. & Kahler, J. *"The Insurance Industry's Perspective on Sponsorships in Today's Competitive Sports Marketplace."* VII Annual Sports Marketing Association Conference, Cleveland, OH. October 28-30, 2009.

- *Ridpath, B. "Sports Sponsorship Case Competition."* The North American Society for  Sport Management Teaching and Learning Fair. Columbia, SC. May 27-30, 2009.

- Ensign, K, White, K., Yiamouyiannis, A. & Ridpath, B. "Heterosexual Athletic Trainers Hold Positive Attitudes toward Lesbian, Gay, and Bisexual NCAA Student Athletes." Ohio University College of Health and Human Services Poster Exposition, Athens, OH. May, 2009.

- *Ridpath, B. "Specialized Academic Support Services for College Athletes, Is it Still a Good Idea, or Necessary Evil."* College Sports Research Institute 2009 Scholarly Conference. Chapel Hill, NC. April 15-18, 2009.

- *Ridpath, B. "Is the Ship Sinking? "Is There Anything we can do or Should do to Right the Ship of Intercollegiate Athletics?"* Panel Presentation-Moderator. College Sports Research Institute 2009 Scholarly Conference. Chapel Hill, NC. April 15-18, 2009.

- Yiamouyiannis, A. & *Ridpath, B. "An Analysis of NCAA Division I Governance from a Feminist Perspective."* College Sports Research Institute 2009 Scholarly Conference. Chapel Hill, NC. April 15-18, 2009.

- Fattlar, D. & *Ridpath, B. "An Examination of Expenditures in the NCAA and the Effect on Athletic Success and Revenue."* North American Society of Sociology and Sport Annual Conference. Denver, CO. November 5-8, 2008.

- Moran, P. & *Ridpath, B. "Corporate Sponsorship Survey Review and Training."* National Federation of High Schools Marketing Summit and Summer Meeting, Washington, D.C. July 3, 2008. *(Invited).*

## PRESENTATIONS *(Peer Reviewed and Invited-Continued)*

- *Ridpath, B.,* Lawrence, H., Yiamouyiannis, A. & Galles, K. *"Why the Wrestling Coaches are Wrong: Judicial, Legislative, and Other Approaches to the Economic Reality of Title IX Enforcement and Preserving the Sport of Wrestling."* Ohio University College of Health and Human Services Poster Exposition, Athens, OH. May 22, 2008.

- *Ridpath, B. "In the Trenches: Historical Issues in College Sports Reform."* College Sports Research Institute Panel Presentation Moderator. Panel members: Dr. Jim Gundlach, Ms. Julie Cromer, and Dr. John Kilbourne. Memphis, TN. April 16-19, 2008.

- *Ridpath, B.,* Lawrence, H., Yiamouyiannis, A. & Galles, K. *"Why the Wrestling Coaches are Wrong: Judicial, Legislative, and Other Approaches to the Economic Reality of Title IX Enforcement and Preserving the Sport of Wrestling."* Sport and Recreation Law Association Conference. March 2008.

- Kahler, J., Moran, P. & *Ridpath, B. "Brought to you By: The 2008 Corporate and Industry Survey."* National Sports Forum   Annual Conference and Trade Show. Memphis, TN. January 26-29, 2008. *(Invited).*

- *Ridpath, B. "The Use of Specialized Academic Support Services and the Effect on Academic Persistence and Graduation of NCAA Division I Athletes."* North American Society of Sociology and Sport Annual Conference. Pittsburgh, PA. Oct. 31-Nov. 3, 2007.

- *Ridpath, B. "The Current State of College Reform Movements."* North American Society of Sociology and Sport Annual Conference. Pittsburgh, PA. Oct. 31-Nov. 3, 2007.

- Ridpath, B. *"Academic Integrity and College Athletics in the 21st Century: On the Road to Disclosure?"* Panel Presentation. Served as Moderator of a six-person panel. Annual Conference of The Drake Group. Cleveland, OH. March 28-29, 2007.

- *Ridpath, B. "Confessions of a Former College Wrestling Coach."* Girls and Women Rock Conference Celebrating the 35th Anniversary of Title IX. Cleveland, OH. March 2007.

- *Ridpath, B. "Title IX and Wrestling: Can we all just get Along?"* Panel Presentation. Girls and Women Rock Conference Celebrating the 35th Anniversary of Title IX. Cleveland, OH. March, 2007.

- *Ridpath, B. "The APR and College Baseball."* North American Society of Sociology and Sport Annual Conference. Vancouver, Canada, November 1-4, 2006.

- *Ridpath, B. "Reform Movements in College Sport-The Drake Group and Others."* Co-Presenter with Dr. Allen Sack, The University of New Haven and Dr. Richard Southall, the University of Memphis. North American Society of Sociology and Sport Annual Conference. Vancouver, Canada, November 1-4, 2006.

- *Ridpath, B. "Sport Management in the Curriculum."* West Virginia American Association of Health, Physical Education, and Recreation. October 27, 2006. Huntington, WV.

BRADLEY DAVID RIDPATH                                                    PAGE TWENTY- FIVE

PRESENTATIONS (Peer Reviewed and Invited-Continued)

- *Ridpath, B. "Preparing Future Sport Managers."* **West Virginia American Association of Health, Physical Education, and Recreation. Co-Presenter with Dr. Jennifer Mak and Dr. Aaron Clopton, Marshall University. October 27, 2006. Huntington, WV.**

- *Ridpath, B☐"Sport Management Panel Discussion."* **West Virginia American Association of Health, Physical Education, and Recreation. Co-Presenter with Dr. Jennifer Mak and Dr. Aaron Clopton, Marshall University; Dr. Floyd Jones, West Virginia University. October 27, 2006. Huntington, WV.**

- *Ridpath, B. "A Challenge to Faculty for Leadership Development."* **The National Association for Kinesiology and Physical Education in Higher Education. Co-presenter with Dr. Greg Letter, Adelphi University; Dr. Dan Drane, University of Southern Mississippi; and Dr. Jaime Orejan, Elon University. January 4, 2006.**

- *Ridpath, B. Before the Knight Commission on Intercollegiate Athletics.* **Panel Presentation on Intercollegiate Academic Reform and Academic Standards. November 8, 2005. Washington, D.C.** *(Invited)*

- *Ridpath, B.* **"***Gender as an Indicator of Persistence and Graduation for NCAA Division I Athlete's."* **North American Society of Sociology and Sport Annual Conference. Winston-Salem, NC, October 26-29, 2005. Also session organizer. Session entitled, "Social Perceptions of Intercollegiate Athletes."**

- *Ridpath, B. "College Sport Reform,* **A Panel Presentation with Amy Perko, Knight Foundation; and Michael Malec, Ellen Staurowsky. North American Society of Sociology and Sport Annual Conference. Winston-Salem, NC, October 26-29, 2005.**

- *Ridpath, B.* **Mississippi College School of Law, Entertainment and Sports Law Division Open Panel Forum.** *"Is the NCAA Broken? Problems and Solutions."* **July 19, 2005. Mississippi Sports Hall of Fame Museum, Jackson, MS. (***Invited).*

- *Ridpath, B. Before the Constitution Subcommittee of the U.S. House of Representatives Committee on the Judiciary.* **Oral and written statements regarding hearings on the effectiveness and appropriateness of the NCAA Infractions and Enforcement Process. September 17, 2004. Washington D.C.** *(Invited)*

- *Ridpath, B***. *"College Athlete's Perception of Coach's Emphasis on Academic Progress and Graduation."* **Annual Conference of The Drake Group-College Sports and the Academy, St. Louis, MO, March 30-31, 2005.**

- *Ridpath, B. "An examination of the perceived lack of due process in NCAA enforcement and infractions procedures."* **Sport and Recreation Law Association 18th Annual Conference. Virginia Beach, VA.**

- *Ridpath, B. "Factors that Influence the Academic Performance of NCAA Division I Athletes***.***"* **North American Society of Sociology of Sport Annual Conference, Tucson, AZ, November 8-10, 2004***.*

## PRESENTATIONS (Peer Reviewed and Invited-Continued)

- *Ridpath, B. "The Faculty and Contemporary Intercollegiate Athletic Reform Efforts."* **North American Society of Sociology of Sport Annual Conference, Tucson AZ. November 8-10, 2004.**

- *Ridpath, B. "Title IX and Intercollegiate Athletics."* **Presentation for The Huntington, WV Area League of Women Voters, American Association of University Women, and Negro Business and Professional Women Annual Joint Meeting, Huntington, WV.**

- *Ridpath, B. "Specialized Academic Support Services for College Athletes." Is it a Good Idea?* **Presentation at the National Institute of Sports Reform 1st Annual Summit, Bolton Landing, NY, November 2003.**

- *Ridpath, B. "It is Time to Slay another Sacred Cow. A Critical Look at the NCAA Infractions and Enforcement Process."* **Annual Conference of the Drake Group, Chicago, March 2003.**

- *Ridpath, B.* **Guest Presenter,** *"Institutional, Non-Profit, and Educational Promotions."* **NCAA Regional Compliance Seminar, Washington DC, May 2001.** *(Invited)*

- *Ridpath, B.* **Compliance,** *"Being the Bad Guy."* **NCAA Regional Compliance Seminar, Orlando, Florida, May 2000.** *(Invited)*

- *Ridpath, B. "NCAA Division I and II Financial Aid Regulations."* **West Virginia State Financial Aid Conference, Huntington, West Virginia, November 1997.** *(Invited)*

- *Ridpath, B. "Title IX, Opportunities for Female Athletes or Extinction for Male Athletes."* **Weber State University Panel Presentation, April 1997.** *(Invited).*

## INVITED LECTURES AND GUEST APPOINTMENTS

- **Adjunct Professor, Coastal Carolina University, 2025-Present**
- **Adjunct Professor, University of Bayreuth (Germany), 2011-Present**
- **Lecturer, MBA in Sport Management. Sport Management Academy, Bayreuth, Germany, 2013-Present**
- **Invited Lecture. University of Rostock, Rostock, Germany, May 2015**
- **Invited Lecture. Macromedia University of Munich, May 2015**
- **Lecturer, University of Bayreuth International Summer School, July 2014/2015**
- **European Association of Sport Management Summer School Faculty Member, Bayreuth, Germany and Madrid, Spain, 2013-18.**
- **Guest Lecturer, Queens University of Charlotte Law School,  2014-16**
- **Guest Invited Lecturer, University of Wisconsin-Lacrosse, February 11-13, 2014**
- **Invited Panelist and Faculty Affiliate, The Ohio State University Sport & Society Initiative, April 2016-Present**
- **Guest Lecturer, University of Northern Colorado, Fall 2018 & 19**
- **Guest Lecturer, University of Cincinnati, April 2018**

**BRADLEY DAVID RIDPATH**                                                    **PAGE TWENTY-SEVEN**

## COURSES DIRECTED OHIO UNIVERSITY (2006-Present)

### Ohio University

| | |
|---|---|
| SASM 3120 | Sport Governance and Ethics |
| SASM 3220 | Leadership and Governance in Sport |
| SASM 4300 | Intercollegiate Athletics |
| SASM 655 | Sports and Sport Consumers |
| SASM 665 | Governance in Intercollegiate Athletics |
| SASM 3010 | Sports Marketing |
| SASM 4350 | Sports Sponsorship and Sales |
| SASM 440 | Ticket Operations |
| SASM 391 | Risk Management |
| SASM 376 | Facility and Event Management |
| PESS 418E | The Business of Baseball |
| SASM 340 | Intercollegiate Athletics (Online) |
| SASM 490 | Undergraduate Internships |
| SASM 690 | Graduate Internships |
| UC-1000/1900 | Freshman Seminar/Sport Management Learning Community |

## COURSES DIRECTED-OTHER INSTITUTIONS (2006-Present)

### Mississippi State University

| | |
|---|---|
| PE 8803 | Sport Law |
| PE 8823 | The Sport Product (Marketing) |
| PE 7000 | Directed Individual Study (Over 20 studies supervised) |
| PE 8883 | Sport Ethics |
| PE 8833 | Facility/Event Management |
| PE 4000 | Sport Communication Law (undergraduate) |
| PE 8713/4316 | Graduate and Undergraduate Internship Supervisor |
| PE 8990 | Seminar in Intercollegiate Athletics |
| PE 8990 | Institutional Advancement in Collegiate Athletics |

### Marshall University

| | | |
|---|---|---|
| PE 697 | Fall 1999 | Athletic Fund Raising and Marketing |
| PE 697 | Fall 1999 | Intercollegiate Athletic Compliance |
| PE 496 | Fall 2003 | Seminar in Intercollegiate Athletics |
| PLS 320 | Spr. 2003 | Recreational Sports Management |
| UNI 101 | Fall 2002/03 | Freshman Seminar |

### University of Bayreuth

-Risk Management in Sport (Bachelor and Masters Students)-Summer 2013-2023
-Introduction to Sport Management (Winter Semester 2014-2015; 2022-2023)
-Executive MBA Program, Campus Academie, University of Bayreuth (2015-2023)
-University of Bayreuth International Summer School (2014-2015; 2016-2017)

☐    20 UC 1000 advisees (2006-2020). Averaged 50-plus advisees per year in Sport Management at undergraduate and graduate level (2006-2016).

**BRADLEY DAVID RIDPATH** _____    **PAGE TWENTY-EIGHT**

**ADVISING AT OHIO UNIVERSITY-2006-Present:**

> *Faculty advisor for undergraduate honors thesis (HTC) projects* **for**

- **Drew Fattlar:** **Topic-** *"An Examination of Athletic Department Revenues and Expenditures within the Mid-American Conference and their Effect on Success in Athletics."* **2007-08.**

- **Brian Boesch:** **Topic-***"An Introduction to Sales in Sports."* **2010-11.**

- **Michael Chapman:** **Topic-** *"Funding the ICA Arms Race: A Case Study of Student Perspective on Allocation of Student Fees for Athletics at Ohio University."* **2010-11.**

- **Maggie Karsogian:** **"***Factors the Influence Student Attendance at Intercollegiate Athletic Events: A Case Study of an NCAA Mid-Major Institution.***" 2019-20.**

- *Master's Thesis Committee Member-***Kristine Ensign (Athletic Training). Topic:** *"Athletic Trainers Attitudes toward Lesbian, Gay, and Bisexual Student Athletes."* **2008-09.**

- *Doctoral Committee Member-***Rachel Ometer, Ph.D. Candidate, Grand Canyon University. Topic:** *"Team Captains Unique Profiles of Leadership Behaviors when Compared with Non-Captain Competitive Athletes"* **2019-Present. Defense date: TBA.**

- *Doctoral Committee Member-* **David Graham, Ed.D. Candidate, Ohio University. Topic:** *"A Decade of NCAA Academic Reform: A Study of the National Academic Advising Association Perception of Advising Style and Knowledge of the 2003 NCAA Academic Reform."* **2009-2011.**

- *Doctoral Committee Member-* **Molly Yanity, PH.D. Candidate, Ohio University.2011-2013. Topic:** *Publishing for Paydirt: Analyzing how Messages about Big-Time College Football Reinforce Power.*

- *Doctoral Committee Member-* **Margaret Tudor, Ph.D. Candidate, Bowling Green  State University 2013-2014. Topic:** *Predicting Student Athletes Motivation towards Academics and Athletics.*

- *Doctoral Committee Member-* **Anton Schultz***, Ph.D. Candidate, University of Tennessee 2024-Present. Topic: The NIL Era: A Systematic Analysis of Current Research and Trends*

- **Served as primary advisor for 19 Bachelor Theses and 11 Masters level theses at the University of Bayreuth (2014-Present).**

BRADLEY DAVID RIDPATH                                                                 PAGE TWENTY-NINE

GRANTS AND CONTRACTS AWARDED/SUBMITTED

- **Spring 2025. Ohio University College of Business Seed Grant.** *Awarded $3000*

- **Fall 2023. Global Travel Award. Ohio University.** *Awarded $750.*

- **Fall 2018. World Innovation Summit on Education (WISE). Study of Elite Athlete Development and Access to Education.** *Awarded $100,000.*

- **Spring 2017. Ohio University College of Business Seed Grant.** *Awarded $1000*

- **Fall 2013. Institute of International Education-Fulbright Teaching/Research Award at the University of Bayreuth, Bayreuth, Germany.** *Funding approved 20,000 Euro.*

- **Winter/Spring 2012. Ohio University Baker Fund. "Funding the ICA Arms Race: A Student Perspective on Allocation of Student Fees in the Mid-American Conference." $12,000 requested.** *Approved for $12,000 Spring 2012.*

- **Spring 2012. College of Business Seed Grant. "Funding the ICA Arms Race: A Student Perspective on Allocation of Student Fees in the Mid-American Conference." $3000 requested.** *Approved for $3000 Spring 2012.*

- **Summer 2011. Knight Commission on Intercollegiate Athletics.** *"Funding the ICA Arms Race: A Student Perspective on Allocation of Student Fees in the Mid-American Conference.* **$25,000 requested.** *Not Funded.*

- **Spring 2008. Ohio University College of Health and Human Services Scholarly Activity Award.** *"An Examination of the Effect of Direct Academic or Athletic Control of Academic Support Services on the Academic Progress and Graduation Rates of NCAA Division I Athletes."* **$7500.** *Not Funded.*

- **Spring 2007. Ohio University College of Health and Human Services Scholarly Activity Award.** *"An Examination of the Effect of Direct Academic or Athletic Control of Academic Support Services on the Academic Progress and Graduation Rates of NCAA Division I Athletes."* **$7000. Not Funded.**

- **Winter 2007. Ohio University Research Corporation Grant (OURC).** *"An Examination of the Effect of Direct Academic or Athletic Control of Academic Support Services on the Academic Progress and Graduation Rates of NCAA Division I Athletes."* **$8000.** *Not Funded.*

- **Fall 2005. Co-P.I. with Dr. Greg Letter, Adelphi University. National Science Foundation, Course, Curriculum, and Laboratory Improvement (CCLI) Grant. $200,000.** *Not Funded.*

- **Fall 2004 and 2005. Mississippi State University Research Initiation Program. $10,000.** *Funded for $10,000 in 2005-06* **for the project proposal:** *"An Examination of the Effect of Direct Academic or Athletic Control of Academic Support Services on the Academic Progress and Graduation Rates of NCAA Division I Athletes."*

- **Fall 2004. Mississippi State University Travel Awards Program (2). $1000 each.** *Not Funded.*

BRADLEY DAVID RIDPATH                                                    PAGE THIRTY

**GRANTS AND CONTRACTS AWARDED/SUBMITTED** *(Continued):*

- **Fall 2004. Mississippi State University Recruitment Assistance (RAG) Grant.** *Awarded $500* **for recruitment of minority undergraduate and graduate students.**

- **2001-02. Marshall University. Quinlan Endowment. Amount** *awarded $800.* **Purpose for Research Project on the Academic Progress of NCAA Division I Athlete.**

**OTHER FUNDING AVAILABLE FOR RESEARCH AND TRAVEL**

- **2007-2008 Academic Year. $2490 allotted for scholarly endeavors for serving as Thesis Advisor for Honors Tutorial Student, Drew Fattlar.**

- **2010-11 Academic Year. $1600 allotted for scholarly endeavors for serving as Thesis Advisor for Honors Tutorial Students, Brian Boesch and Michael Chapman.**

- **2018-19 Academic Year. $800 allotted for scholarly endeavors for serving as Thesis Advisor for Honors Tutorial Student, Maggie Karsogian.**

**CONSULTING AND EXPERT WITNESS ACTIVITIES**

- **Litigation Support (February 2025). Brock Murtha v. NCAA. Served as expert for the plaintiff regarding NCAA eligibility restrictions. Pro Bono.**

- **Litigation Support (January-February 2025). Donovan Johnson v. NCAA. Served as expert for the plaintiff regarding NCAA eligibility restrictions. Compensated.**

- **Litigation Support (January 2025-present). Gera v. NCAA on behalf of Alex Bushak. Serve as an expert for the plaintiff regarding NCAA regulations and duty of care to the college athlete. Compensated**

- **Litigation Support (November 2025-present). Haw v. NCAA. Serve as an expert for the plaintiff regarding NCAA regulations and duty of care to the college athlete. Compensated**

- **Litigation Support (November 2025). Hickman v. NCAA. Served as expert for the plaintiff regarding NCAA eligibility restrictions. Compensated.**

- **Litigation Support (September 2025-November 2025). Geathers v. NCAA. Served as an expert for the plaintiff regarding NCAA regulations and duty of care to the college athlete. Compensated.**

- **Litigation Support (August 2025-Sept. 2025). Mayes v. NCAA. Served as expert for the plaintiff regarding NCAA eligibility restrictions. Compensated.**

- **Litigation Support (April 2025-June 2025). Bustard v. NCAA. Served as expert for the plaintiff regarding NCAA eligibility restrictions. Compensated.**

- **Litigation Support (June 2025-Present). Whittier v. NCAA. Serve as an expert for the plaintiff regarding NCAA regulations and duty of care to the college athlete. Compensated.**

- **Litigation Support (March 2025-April 2025). Jones & Bergeron v. NCAA et al. and Smith & Devones v. NCAA et al. Served as expert for the plaintiffs regarding NCAA eligibility restrictions. Compensated.**

**BRADLEY DAVID RIDPATH**                                              **PAGE THIRTY-ONE**

**CONSULTING ACTIVITIES *(Continued)*:**

- **Litigation Support. (January 2023-July 2025). Schretzman & Schretzman v. NCAA. Served as an expert for the plaintiff regarding NCAA regulations and duty of care to the college athlete. Compensated. Case is on appeal.**

- **Litigation Support. (January 2024-Present). Fields v. The County of Westchester, et al. Serve as an expert for the plaintiff who was terminated from Assistant Basketball coach position. Compensated.**

- **Litigation Support. (January 2023-Present). Trieb v. NCAA. Serve as an expert for the plaintiff regarding NCAA regulations and duty of care to the college athlete. Compensated.**

- **Litigation Support (January 2023-March 2023). Served as an expert to assist counsel for Michigan State University football player KJ Crump in appeal of permanent suspension by the Big Ten conference. Compensated.**

- **Litigation Support (January 2023-May 2023). B.J. Smith et al v Highland Community College. Served as an expert witness for the defendant, HCC regarding the ability to terminate coaches for violation of NJCAA rules. Compensated.**

- **Litigation Support (September 2022-present). Farrar v. NCAA et al. Served as expert witness for the Plaintiff regarding NCAA compliance issues NCAA enforcement process, NCAA violations and NCAA case precedent. Compensated.**

- **Litigation Support (May 2022). Brenner v. Taggart et al. Served as expert witness for the Plaintiff regarding NCAA compliance issues and duty of care to the athlete, specifically regarding rhabdomyolysis in football players. Compensated.**

- **Litigation Support (January 2022-July 2022). James Cregg v. Louisiana State University Served as expert witness for the Plaintiff regarding NCAA compliance issues, NCAA violations and NCAA case precedent. Compensated.**

- **NCAA Infractions Support. Client Representation (May 2022-Present). (Outside Non-Legal Counsel in an NCAA Investigation) for Arizona State University football staff members Matt Seiler and Radmen Niven. Compensated**

- **Litigation Support (June 2021-Present). Jimmy Morton v. Park Christian School, et al. Serve as expert witness for the Plaintiff regarding his academic eligibility status as a prospective college athlete. Compensated.**

- **Litigation Support (May 2021-Present). Croom, et al. vs. Notre Dame College. et al. Serve as an expert witness for the defense that is stating it met the standard of care with regard to injuries suffered by Plaintiff in institutional basketball practice. Compensated.**

- **Litigation Support (July 2020-Present). Saunders v. NCAA et. al. Serve as an expert witness for Mr. Saunders who was removed from his assistant coach position at Ole Miss and also sanctioned by NCAA. Compensated.**

- **Litigation Support (January 2019-February 2021). Verlin v. Leland et. al Served as an expert witness for Mr. Verlin who was removed from his post as head men's basketball coach and blamed for NCAA violations. Compensated.**

BRADLEY DAVID RIDPATH                                               PAGE THIRTY-TWO

CONSULTING ACTIVITIES *(Continued)*:

- **Litigation Support (January 2019-Present) Thomas v. The County of Westchester and Faculty Student Association of Westchester Community College Inc. Retained in my capacity as an expert regarding NCAA recruiting and eligibility. Compensated.**

- **NCAA Infractions Support. Client Representation (May 2022-Present). (Outside Non-Legal Counsel in an NCAA Investigation) (June 2018-February 2021). Odell James, regarding major infractions at Baylor University. Retained an expert in the NCAA enforcement and infractions process. Compensated.**

- **Litigation Support (October 2017-December 2018) Hudson v. Cal State University, Los Angeles et al. Served as an expert and retained in my capacity as an expert on the NCAA enforcement and infractions process. Compensated.**

- **Professional Consulting (September 2015), Goldasich & Associates, Birmingham, AL. Evaluated eligibility claims of a prospective NCAA athlete. Compensated.**

- **Professional Consulting (November 2011), Compliance 360. Conducted national webinar on NCAA rules and compliance processes. Compensated.**

- **Professional Consulting (April 2012). Compensated consulting project for group opposing the building of a new on campus football stadium at Colorado State University. Compensated.**

- **Litigation Support (November 2015-March 2017). Paterno v. NCAA et. al, Pennsylvania, Compensated, approximately 50 hours spent for the year. Served as an expert and retained in my capacity as an expert on the NCAA enforcement and infractions process. Compensated.**

- **Litigation Support (November 2007 - 2016). Tim Cohane, New York, Compensated, approximately 40 hours spent for the year. Served as an expert in the Tim Cohane v. MAC et al case. Retained in my capacity as an expert on the NCAA enforcement and infractions process. Compensated.**

- **Litigation Support (June 2006 - December 2007). Ray Keller, Scottsboro Alabama, Compensated, approximately 20 hours spent for the year. Assisted in a lawsuit against the NCAA by Mr. Keller who won a judgment against the NCAA for defamation and loss of income. Retained on my knowledge of the NCAA enforcement and infractions process. Compensated.**

- **Litigation Support (September 2004 – July 2019). Jackie Sherrill, Starkville, Mississippi. Currently consulting in the Sherrill v. NCAA et. al. case as a compensated expert. Retained in my capacity as an expert on the NCAA enforcement and infractions process. Compensated.**

- **Litigation Support (September 2004-January 2006) Ronnie Cottrell/Ivy Williams, Tuscaloosa, Alabama. Assisted as compensated expert in the Cottrell/Williams v. NCAA et al. case where Coach Cottrell and Coach Williams filed suit for loss of reputation, income, and professional standing. Coach Williams was dismissed, but Coach Cottrell won a 30-million-dollar verdict later overturned by the Alabama Supreme Court. Retained based on my knowledge of and experience with the NCAA enforcement and infractions process. Compensated.**

**BRADLEY DAVID RIDPATH** _____ **PAGE THIRTY-THREE**

**FILM/DOCUMENTARY APPEARANCES & MEDIA CONSULTING**

- *Schooled: The Shame of College Sports.* (2014). Epix. Andrew Muscato, Director.
- *Student-Athlete* (2018). HBO. Sharmeen Obiad & Trish Dalton, Directors
- *College Sports, Inc.* (2021). Vice TV. Jeremy Bloom, Producer

**SPECIAL COLLECTIONS**

- Papers and research materials for grant-funded book *Tainted Glory* and legal documents regarding *Ridpath v. Marshall University et al.* Federal Court Case Nos. 04-1314, 04-1328 are archived in the *College Sports Research Institute Special Collections* at the Thomas Cooper Library, University of South Carolina