# EXHIBIT K

# Case 1240712: U.S. Naval Academy - Brock Murtha - Baseball

Summary | Assessment and Triage | Case Detail | Documents | Notes | Consults/Interps | Communications | **Decision** | Withdraw/Appeal/Reconsider | Summary/Closure | History

**Case Type:** Season of Competition/Participation Waiver    **Status:** Closed - Published    **Date Submitted:** 03/19/2025 *(248 week days)*    **Priority:** 04-Normal    **Assigned To:** Cynthia Alanis
**Sub Case Type:** Competition/Participation While the Student-Athlete Was ELIGIBLE, Other Extenuating Circumstances    Case Details 📄  Case Cover Sheet 📄  Communications 📄

## Decision History

| Decision | Conditions | Rationale | Level | Level Type | Date Completed | Decision By | Review Notes | Accepted By | Accepted Date | Verbal Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Denied | | Requirements of the legislation are not satisfied:<br>In denying the waiver request, staff noted legislation, as established by the Division I membership, specifically identifies circumstances that support relief from use of a season-of-competition. In this case, requirements of the legislation are not satisfied given Institution No. 2 was unable to provide objective documentation satisfying any legislated exceptions or demonstrate extenuating circumstances existed (e.g., coach's documented misunderstanding) which would enable staff to provide relief consistent with intent of legislation.<br><br>Case precedent: | Staff | Reconsideration | 09/16/2025 | Cynthia Alanis | | | | 09/16/2025 |
| Denied | | Requirements of the legislation are not satisfied:<br>In denying the waiver request, staff noted legislation, as established by the Division I membership, specifically identifies circumstances that support relief from use of a season-of-competition. In this case, requirements of the legislation are not satisfied given SA competed in one contest during the second half of the playing season. Furthermore, Institution No. 2 was unable to provide objective documentation satisfying any legislated exceptions or demonstrate extenuating circumstances existed (e.g., coach's documented misunderstanding) which would enable staff to provide relief consistent with intent of legislation.<br><br>Case precedent: | Staff | | 03/28/2025 | Cynthia Alanis | | Loretta Lamar | 03/28/2025 | 03/28/2025 |